IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Michael Lacey Stewart #174188 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
 )       CIVIL ACTION NO. 2:07-CV-357-MHT
v. )       (To be supplied by Clerk of
 )       U.S. District Court)
Donald Campbell )
_____ )
Richard Allen )
_____ )
Georg W. Bush JR. )
_____ )
Bob Riley )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2007 APR 27 A 9:28

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action? YES ( ) NO ( )

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment? YES ( ) NO (✓)

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below. (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____

           _____

           Defendant(s) _____

           _____

       2.  Court (if federal court, name the district; if
           state court, name the county) _____

           _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                             ADDRESS

1. Donald Campbell - Prison-Commissinor, Montgomery Alabama
2. Richard Allen - Prison-Commissinor - Montgomery Alabama
3. Presdent - Georg W. Bush JR. Washington D.C.
4. Govern Bob Riley         Montgomery, Alabama
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 3/8/2004

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was tranferred from Lime-stone Prison to another in the state. of mississippi due to over Crowed Condition in Alabama

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I arrived here at Ventress Correctional Facility on march-8-2007 I was tested For T.B. And other health Problem's which I had not any Then After being here For 6-months I went through the same health check up and tested Postive For T.B.

GROUND TWO: In the month of Febuary, 2007 I had a sore spot that come up on the right side of my face.

SUPPORTING FACTS: I do not belive I would not have had any of these Problem's if it were not so over crowed here at Ventress Corr Fa. Ventress is only to houses 500.ºº Inmate's which now there around 16.00 to 17.00 Inmate's.

GROUND THREE: The Prison Commissinor Richard Allen Should know that due to being over crowed is the cause All health Problem's.

SUPPORTING FACTS: Ventress Corr Fa. has the most T.B. Case's And Staff Case's in the state As of now. And it is not getting Any better At this time.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I would ask the Court to Reward to me $100.00 dollars Per-day, Starting From 2004 March-8, when I arrived here at Ventress Correctional Facility.*

*Michael Lacey Stewart*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on *April-21-2007*.
(Date)

*Michael Lacey Stewart*
Signature of plaintiff(s)

## Attach
## Motion of Complaint

I Michael Lacey Stewart was tranferred from the Shelby County Jail The year of 1999 To began servening a 15 year sentence at Lime stone Correctional Facility. I was at Lime stone Corr Fa. From -1999 unit the year of 2003. my medical Record's will show that i was in good Health All that time. Then Around 2003 I was Tranferred to a Prison in the state of mississippi. Because of the Alabama Prison's being way over Crowed at that time And they still are. I stayed in the mississippi Prison Around 8½ month's. I was Also Check for my Physical Health when I was Recerived there in mississippi. All test For Health came back good. Then for reason's that I do not know. I was tranferred back to the state of Alabama To ventress corr Fa. on march 8- of 2004 I was given A Physical two or three day's After I got here at ventress. At that time I was still in good Health. — But 6 month's Later I had Another Physical which I tested Postive For T.B. Then I was told that I had to go to an I.N.H. program For 6 Month's and take mediation For the T.B. if I refused to take the mediation I would be put in medical Lock up where I would have to take the mediation. On are around Febuary of 2007. A sore spot came up on the right side of my Face and it will not heal up. I have taken Antibiotic For three month's 10 day's Per-time and it has not helped me at all I still have the sore spot. I do belive if ventress was not so over crowed I would not have gotten these Health Problem's.

Page-1-

It is not good for anyone's Health living so close and confined together due to being way over crowed.

The skin is deteriorating on the right side of my Face every day.

I so pray that this Honorable Court will look in to this matter.

Respectfully
s/ Michael Lacey Stewart

NAME Michael L. Stewart   AIS # 174188   DORM # H-41-A
**VENTRESS CORRECTIONAL FACILITY**
P. O. BOX 767
Clayton, AL 36016

OFFICE of the Clerk
UNITED States District Court for the
MIDDLE District of ALABAMA
P.O. Box 711
Montgomery, ALABAMA
36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."