# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Plaintiff

V.

__Michael Lacey Stewart__

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: __2:07-CV-357-MHT__

I, __Richard Allen - Prison Commissinor__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Ventress Correctional Facility__

   Are you employed at the institution? __no__   Do you receive any payment from the institution? __no__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Seaman Timber Co. - year of 1998 City of Wilton, Alabama, Shelby County my pay wages were $175.00 per week.__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. __maybe $20.00 per year from my sister.__

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

I declare under penalty of perjury that the above information is true and correct.

April-21-2007
Date

*Michael Lacey Stewart*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
VENTRESS CORR FAC

AIS #: 174100    NAME: STEWART, MICHAEL    AS OF: 04/24/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 6  | $7.80  | $0.00 |
| MAY | 31 | $7.68  | $0.00 |
| JUN | 30 | $13.60 | $10.00 |
| JUL | 31 | $9.23  | $0.00 |
| AUG | 31 | $1.67  | $0.00 |
| SEP | 30 | $1.30  | $0.00 |
| OCT | 31 | $1.30  | $0.00 |
| NOV | 30 | $1.30  | $0.00 |
| DEC | 31 | $1.30  | $0.00 |
| JAN | 31 | $1.30  | $0.00 |
| FEB | 28 | $1.30  | $0.00 |
| MAR | 31 | $1.30  | $0.00 |
| APR | 24 | $1.30  | $0.00 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 21-2007_____.
               (date)

_Michael Lacey Stewart #174188_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _1.30_ on account to his credit at the _Ventress_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_See Attached Statement_

_[signature]_
Authorized Officer of Institution

DATE _4/24/07_

VENTRESS CORRECTIONAL FACILITY
379 HWY. 239 N.
P. O. BOX 767
CLAYTON, ALABAMA 36016

NAME Michael L. Stewart  AIS # 174188  DORM # H-41-A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE of the Clerk
UNITED States District Court for the
MIDDLE District of ALABAMA
P.O. Box 711
Montgomery, ALABAMA
36101-0711