IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL LACEY STEWART,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO. 2:07-CV-357-MHT |
| **DONAL CAMPBELL, ET AL.** | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, Donal Campbell, Richard Allen and Bob Riley, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and hereby respectfully request an extension of time of twenty-one days to file their Written Report and Answer and for grounds state as follows:

1. The Defendants' Written Report and Answer are due on June 11, 2007.

2. The undersigned requires additional time to properly respond to Plaintiff's allegations.

3. No party would be prejudiced by the granting of this request.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL


    /s/ *Bettie J. Carmack*
    Bettie Carmack
    ASSISTANT ATTORNEY GENERAL

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 8th day of June 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the same by first-class United States Mail, postage prepaid and addressed upon the following:

Michael Lacey Stewart, AIS 174188
Ventress Correctional Facility
PO Box 767
Clayton, AL  36016

/s/ *Bettie J. Carmack*
Bettie Carmack
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)