IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MICHAEL LACEY STEWART #174 188 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-357-MHT |
| DONALD CAMPBELL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Defendants' Motion for Extension of Time (Doc. No. 11) is GRANTED; and

2.  Defendants are GRANTED an extension from June 11, 2007 to July 2, 2007 to file their answer and written report.

DONE, this 8th day of June 2007.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE