## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL LACEY STEWART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | **2:07-cv-357-MHT** |
| | ) | |
| **DONAL CAMPBELL,** | ) | |
| **RICHARD ALLEN,** | ) | |
| **GEORGE W. BUSH, Jr., and** | ) | |
| **BOB RILEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SPECIAL REPORT

**COMES NOW**, the defendants, **Donal Campbell**, **Richard Allen**, and **Bob Riley**, by and through Bettie J. Carmack of the Attorney General's Office, and hereby files their special report in the above stated cause of action:

SPECIAL REPORT

*Parties*

1.    **MICHAEL STEWART** (Plaintiff) – An inmate who pleaded guilty to sodomy in the first degree and rape in the first degree on August 29, 1997 and is currently housed at Ventress Correctional Facility, which is located at P.O. Box 767 Clayton, AL 36016-0767. (Exhibits **A**, **B**, and **C**)

2.    **DONAL CAMPELL** (Defendant) – former Alabama Department of Corrections (hereinafter "ADOC") prison commissioner.

3.    **RICHARD ALLEN** (Defendant) – ADOC prison commissioner

4.    **BOB RILEY** (Defendant) – current governor of Alabama.

### *Exhibits*

1.    Exhibit A – Michael Stewart's Sodomy 1st conviction record

2.    Exhibit B – Michael Stewart's Rape 1st conviction record

2.    Exhibit C – Michael Stewart's DOC record

3.    Exhibit D – Michael Stewart's TB Medical Records

4.    Exhibit E – Squamous Cell Carcinoma Reference Information

5.    Exhibit F – Michael Stewart's Skin Cancer Medical Records

6.    Exhibit G – Affidavit of J. C. Giles

7.    Exhibit H – Record that lists Michael Stewart's Date of Birth

### *Plaintiff's Claims*

Inmate Stewart contends that, until he was transferred to Ventress Correctional Facility, he was a totally healthy individual. Inmate Stewart contends that while being at Ventress Correctional Facility, prison overcrowding resulted in him contracting TB and developing a non-healing sore on the right side of his face. Inmate Stewart requests damages in the amount of $100.00 per day, dating back to March 8, 2004.

### *Facts*

On June 11, 2004, Inmate Stewart was tested for TB. Although the test was positive, Inmate Stewart's chest was "otherwise normal." (Exhibit **F**, pg. 1) In June of 2005, Inmate Stewart's TB test was again positive. (Exhibit **F**, pg .2) Test results on June 9, 2005 showed that Inmate Stewart's chest was "otherwise unremarkable." (Exhibit **F**, pg. 4) Inmate Stewart, however, was placed on a TB treatment protocol for a period of 6 months. (Exhibit **F**, pg. 5) On June 12, 2006, Inmate Stewart showed no signs of active TB. (Exhibit **F**, pg. 15)

On January 31, 2007, Inmate Stewart began complaining about a sore that would not heal on his face. (Exhibit **D**, pg. 1) After a series of treatments proved unsuccessful, a biopsy was performed. (Exhibit **D**) It was

discovered that Inmate Stewart had Squamous Cell Carcinoma on his right

forehead, right temple, and right cheek. (Exhibit **D**, pg. 14)

ARGUMENT

It is unclear what legal claim Inmate Stewart is attempting to raise in

his lawsuit.  Inmate Stewart seems to contribute his TB and skin cancer to

alleged prison over crowding.  Inmate Stewart has not stated how prison

overcrowding caused his TB or skin cancer.  Inmate Stewart has also failed

to state what actions Donal Campbell, Richard Allen, and Bob Riley took

that resulted in him getting TB or skin cancer.  Donal Campbell, Richard

Allen, and Bob Riley have been named defendants only because of their

positions or former positions as head of the prison system or head of the

state government.  The claims against these named defendants are due to be

dismissed because supervisory officials cannot be held liable in § 1983

actions. Ford v. Deloach, No. Civ. A. 03-B-0110-N, 2005 WL 1243346, at

*3 (M.D. Ala. May 25, 2005)("It is clear that Defendants Riley and

Campbell are designated defendants solely on account of their ultimate

supervisory roles respectively as head of state government and head of the

department which oversees state prisons. The law is well settled that

supervisory officials cannot be held liable in an action brought pursuant to

42 U.S.C. § 1983 under the theory of respondeat superior or vicarious liability.").

To recover from Donal Campbell, Richard Allen, or Bob Riley, Inmate Stewart would have to show that they are "liable either through their personal participation in the acts comprising the alleged constitutional violation or the existence of a causal connection linking their actions to the violation." *See id*. Although Inmate Stewart has attempted to claim that his constitutional rights have somehow been violated, he has failed to demonstrate how Donal Campbell, Richard Allen, or Bob Riley contributed to the alleged violations of his constitutional rights. As a result, Inmate Stewart's complaint is due to be dismissed. *See* <u>Ford v. Deloach</u>, 2005 WL 1243346, at *4 ("[E]ven if [the plaintiff] could cure his deficient showing to maintain his action against the Governor and Corrections Commissioner, the claims against them would warrant dismissal since they are grounded solely on vicarious liability.")

Furthermore, Inmate Stewart's claims are without merit. Inmate Stewart has stated that: "Ventress Corr[ectional] Fac[ility] has the most T.B. cases and staff cases in the state as of now and it is not getting any better at this time." (Stewart's complaint, pg. 3). Inmate Stewart has also stated in his complaint that he had a sore on his face and he would not have the sore if

Ventress was not overcrowded.  Inmate Stewart's statements would seem to indicate that he believes that Ventress prison officials failed to take steps to prevent him from getting TB or skin cancer.

"To state an Eighth Amendment claim, an inmate must allege facts showing that prison officials displayed 'deliberate indifference' to the inmates' health or safety."  Graham v. Poole, No. 06-cv-6271L, 2007 WL 751273, at *1 (W.D.N.Y. Mar. 12, 2007) *quoting* Hope v. Pelzer, 536 U.S. 730, 738 (2002).  In this case, Inmate Stewart simply alleges that overcrowding caused him to become infected with TB and skin cancer.  Inmate Stewart's allegations lack support or evidence and, therefore, are due to be dismissed.

A.    *Tuberculosis* (TB)

In 2005, Inmate Stewart was treated for TB after he tested positive for TB in June of 2005.  In June of 2006, Inmate Stewart showed no signs of active TB.  Inmate Stewart has not produced evidence that prison overcrowding caused his TB and Inmate Stewart has failed to produce evidence that TB is more prevalent at Ventress or that the defendants failed to take extra precautions to prevent him from acquiring TB.  According to Warden Giles, he has no knowledge of TB being more prevalent at Ventress

Correctional Facility than any other correctional facility in the state. (Exhibit **G**)

B.    *Skin Cancer*

In May of 2007, Inmate Stewart was diagnosed with skin cancer. Inmate Stewart alleges that prison overcrowding caused his skin cancer. Squamous cell skin cancer usually occurs after the age of 50. (Exhibit **E**) Inmate Stewart was born on August 28, 1948 and, therefore is 59 years old. (Exhibit **G**) Inmate Stewart's age made him more susceptible to this form of skin cancer.  The known risk factors for squamous cell skin cancer is not being around a group of people, but: (1) exposure to sunlight, (2) older age, (3) light-colored skin, blue or green eyes, blonde or red hair, (4) chemical pollution, (5) a large number of x-rays, and (6) arsenic. (Exhibit **E**, pg. 3)

Although it is unfortunate that Inmate Stewart acquired TB and squamous cell skin cancer, there is no way that prison officials could have known that he would acquire these conditions or have prevented him from obtaining these conditions.  As a result, any constitutional claims raised by Inmate Stewart against the named defendants are due to be dismissed.

## CONCLUSION

Based on the foregoing, the Defendants respectfully request that this Honorable Court dismiss the above stated action.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ *Bettie J. Carmack*
Bettie J. Carmack
Assistant Attorney General
Civil Litigation Division
11 South Union Street
Montgomery, AL 36130
(334) 353-5305
Fax: (334) 242-2433

## CERTIFICATE OF SERVICE

This is to certify that I have on this **2nd** day of **July**, **2007**, served copies of the foregoing pleading upon the plaintiff by depositing same in the United States Mail, addressed as follows:

**Inmate Michael Stewart
AIS # 174188
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36106**

/s/ *Bettie J. Carmack*
Bettie J. Carmack
Assistant Attorney General

EXHIBIT

# ALABAMA SJIS CC/DC CASE DETAIL

**OFFICE**                                                    **PREPARED FOR: BETTIE CARMACK**


alacourt.com

County: **58**    Case Number: **CC-1995-000542.00**    Charge    **SOD1**
Name: **STEWART MICHAEL LACEY**

## Case

### Case Information

| | | | |
|---|---|---|---|
| County: | **58 - SHELBY** | Case Number: **CC-1995-000542.00** | JID: **JMJ J. MICHAEL JOINER** | DEF status: **P Prison** |
| Filed: | **05/25/1995** | AAGCY: **C County** | Muni N°: **00** | City: |
| Arrest date: | **03/16/1995** | Offe date: **03/14/1995** | ORI: **0590000** | Officer: |
| Indict date: | **05/12/1995** | Grand jury: **14** | Atty 1: | Ticket N°: |
| Tracking N°'s: | **0/0/0** | | | |
| Date: | **08/26/1997** | Que: **002** | Time: **09:00 AM** | Desc: **SENT SENTENCING HEARIN** |

### Defendant Information

| | | | |
|---|---|---|---|
| Name: | **STEWART MICHAEL LACEY** | Alias 1: | Alias 2: |
| DOB: | **08/28/1948** | SSN: **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** | Driv License N°: |
| Height : | **5'06"** | Weight: **140** | Race/Sex: **White /M** | Eyes/Hair: **/** |
| SID: | **0** | YDate: | AIS: **000174188** | PR: **1997 015210** |
| Address 1: | **797 DOGWOOD** | | Address 2: | |
| Zip: | **35115** | City: **MONTEVALLO** | State: **AL** | Country: **US** |

### Prosecutor & Atty Info

| | | |
|---|---|---|
| Prosecutor: | **OWE003** | Attorney 1: | Attorney 2: |
| Prosecutor Flag: **N** | | Attorney 1 Flag: **N** | Attorney 2 Flag: **Y** |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: -- | WARAC -- | WARLOC: -- |
| BP ISS: | BP RTN: | |

### Charges

| | | | | |
|---|---|---|---|---|
| 1. Crime co: **SOD1** | Statute: **SODOMY 1ST DEGREE** | Stat Name: **13A-006-063** | Class/Categ: **F SX** | Counts: **1** |
| 2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: **N** | Dom Viol: | Case Type: **F** | Case Categ: **SX** | |
| Comment: | | | | |

### Bonding Information

| | | |
|---|---|---|
| Bond amt: **50000.00** | Bond type: | Bond co: |
| Rel Date: | Surety: | CWIT: |
| Jury Demand: | | Appeal Date: |

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 08/26/1997 | 002 | 09:00 AM | SENT - SENTENCING HEARIN |
| 2: | 09/07/2004 | 003 | 09:00 AM | MOTD - NEW TRIAL |
| 3: | 02/27/1997 | 001 | 09:00 AM | PLEA - CONSENT DOCKET |
| 4: | | | - | |

## Disposition

### Disposition

| | | | |
|---|---|---|---|
| CRT ACT: **G Guilty plea** | CA date: **08/29/1997** | Jury: | More: **N** |
| Charge 1: **SOD1 SODOMY 1ST DEGREE** | **13A-006-063** **F A** | Counts: **001** | CA: **G 08/29/1997** |
| Charge 2: **PREV PROBATION REV** | **PROBATION REV** **F U** | Counts: **001** | CA: **1 04/20/1999** |
| Charge 3: | | Counts: | CA: |
| Admin: | Why: | TBNV1: | TBNV2: |
| Appeal: | CAPP: | Type: | GJCA: |
| Cont Dt: | Why: | Cont N° : **0** | Dom Viol: |
| Comment: | | | |
| Case Compl: **Y** | Sent Prov: **U** | Due: | |
| Warr: **0** | SUBP: **SUBP:** | Updated: **06/10/2005** | |

## Sentence - 58CC199500054200

### Sentence

| | | | |
|---|---|---|---|
| Sent: **08/29/1997** | Begin: **04/20/1999** | End: **0** | PRB Beg: |
| IMP CONF: **15 00 000** | SUSP CONF: **00 00 000** | Total Conf: **15 00 000** | Jaii Cred: **02 00 166** |
| LICN Susp: **00 00 000** | Probation: **00 00 000** | PRB Rev: **04/20/1999** | |

### Monetary

| | | | | |
|---|---|---|---|---|
| X Cost: | Fine Imp: 0.00 | Fine Susp: **0.00** | CVCC: | HIS: |
| WCCS: | MCOS: | JFEE: **0.00** | DRGF: **0** | ASU: |
| PREL: | DRUG: | X RCUP: **0.00** | | |
| RES1: **X 894.40 R001** | | RES2: **0.00** | | RES3: **0.00** |
| RES4: **0.00** | | RES5: **0.00** | | RES6: **0.00** |

### Confine

| | | | | | |
|---|---|---|---|---|---|
| X PENT: | LIFE: | LWOP: | DEATH: | SPLIT: | BOOT: **0** EMON: **0** |
| JAIL: | CCUR: | CSEC: | CTERM: | RVSPL: | GANG: **0** |

### Programs

| | | | | | |
|---|---|---|---|---|---|
| JDVR: | IPROB: | AASCH: | DUI: | DDC: | CSV: **0** SAPP: |
| PTRL: | BCSCH: | MNTL: | CRO: | ASCH: | ANGER: DRUGCT: |

### Enhanced

| | | | | |
|---|---|---|---|---|
| PROJ: | CNOT: | SCH: | VDOB: **N** | HOOF: |
| DRUGCODE: | MEAS: | VOL: **0.00** | | |

| | | | |
|---|---|---|---|
| SEC/CUR: **X** | | | |
| Comment: | | | |
| Bal Due: | Due: | CRO: | Updated: **Cost: 07/01/1999** |

© Alacourt.com   6/25/2007     3

## Case Action Summary - 58CC199500054200

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 03/14/1995 | 8:05:00 | OFDT | OFFENSE DATE OF:   03/14/95 | KAJ |
| 03/16/1995 | 8:05:00 | ARRS | DEFENDANT ARRESTED ON: 03/16/95 | KAJ |
| 05/12/1995 | 8:05:00 | INDT | DEFENDANT INDICTED ON: 05/12/95 | KAJ |
| 05/25/1995 | 8:05:00 | FILE | ON 05/25/95 FILED | KAJ |
| 05/25/1995 | 8:15:00 | CHG1 | CHARGE AT FILING OF: SODOMY 1ST DEGREE | KAJ |
| 05/25/1995 | 8:22:00 | BOND | BOND SET FOR     $50,000.00 | KAJ |
| 05/25/1995 | 8:41:00 | DAT1 | CASE SET ON 08/03/95 FOR  ARRAIGNMENT | KAJ |
| 05/25/1995 | 8:48:00 | ATY1 | ATTORNEY FOR DEFENDANT:  WILLIAMS, ROBERT L, JR | KAJ |
| 06/27/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 06/28/95 | KAJ |
| 08/09/1995 | 8:05:00 | DAT3 | CASE SET ON 101095  FOR  CONSENT DOCKET | KAJ |
| 08/24/1995 | 8:05:00 | DAT2 | CASE SET ON 09/07/95 FOR  MOTION TO REDUCE | JEJ |
| 08/30/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 08/31/95 | JEJ |
| 09/14/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 09/15/95 | JEJ |
| 10/31/1995 | 8:05:00 | DAT2 | SET FOR:  MOTION TO REDUCE ON 11/20/95 AT 0900A | KAJ |
| 11/09/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 11/10/95 | JEJ |
| 12/05/1995 | 8:05:00 | DAT3 | CASE SET ON 010296  FOR  CONSENT DOCKET | JEJ |
| 12/08/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 12/09/95 | JEJ |
| 12/08/1995 | 8:15:00 | DOCK | DOCKET NOTICE MAILED ON 12/09/95 | JEJ |
| 12/11/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 12/12/95 | JEJ |
| 03/13/1996 | 8:05:00 | DAT3 | CASE SET ON 04/30/96 FOR  CONSENT DOCKET | JEJ |
| 04/15/1996 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 04/16/96 | KAJ |
| 08/16/1996 | 8:05:00 | DAT3 | CASE SET ON 10/29/96 FOR  CONSENT DOCKET | JEJ |
| 08/27/1996 | 8:05:00 | DAT3 | CASE SET ON 10/29/96 FOR  CONSENT DOCKET | JEJ |
| 10/17/1996 | 3:49:10 | DOCK |  | JEJ |
| 01/24/1997 | 4:01:53 | DAT3 | CASE SET ON 02/27/97 FOR  CONSENT DOCKET | JEJ |
| 02/10/1997 | 3:28:46 | DOCK | DOCKET NOTICE MAILED ON 02/11/97 | JEJ |
| 02/28/1997 | 12:09:39 | DAT2 | CASE SET ON 04/10/97 FOR  PLEA DAY | JEJ |
| 02/28/1997 | 12:09:40 | DAT2 | CASE SET ON 04/10/97 FOR  PLEA DAY | JEJ |
| 04/15/1997 | 2:53:32 | DAT2 | CASE SET ON 04/29/97 FOR  TRIAL | JEJ |
| 05/02/1997 | 8:53:10 | DAT2 | CASE SET ON 07/10/97 FOR  CONSENT DOCKET | JEJ |
| 06/20/1997 | 3:27:00 | DOCK | DOCKET NOTICE MAILED ON 06/21/97 | JEJ |
| 07/16/1997 | 9:48:52 | DAT1 | SET FOR:  SENTENCING HEARIN ON 08/26/97 AT 0900A | KAJ |
| 07/16/1997 | 9:58:01 | CHG1 | CHARGE AT DISPOSITION: SODOMY 1ST DEGREE | KAJ |
| 08/29/1997 | 7:08:43 | BEGN | SENTENCE TO BEGIN ON:  08/29/97 | JEJ |
| 08/29/1997 | 7:08:44 | SNTD | DEFENDANT SENTENCED ON: 08/29/97 | JEJ |
| 08/29/1997 | 7:08:45 | SETO | IMPOSED CONFINEMENT OF:      02Y 00M 175D | JEJ |
| 08/29/1997 | 7:08:46 | SESU | SUSPENDED CONFINEMENT      12Y 00M 190D | JEJ |
| 08/29/1997 | 7:08:47 | SETL | TOTAL CONFINEMENT OF:      14Y 00M 365D | JEJ |
| 08/29/1997 | 7:08:48 | JLCD | JAIL CREDIT GRANTED IN AMOUNT OF:  02Y 00M 175D | JEJ |
| 08/29/1997 | 7:08:49 | SEPR | PROBATION OF:           05Y 00M 000D | JEJ |
| 08/29/1997 | 7:08:50 | PROV | PROVISION ADDED: COURT COSTS | JEJ |
| 08/29/1997 | 7:08:51 | PROV | PROVISION ADDED: RESTITUTION | JEJ |
| 08/29/1997 | 7:08:52 | PROV | PROVISION ADDED: CRIME VICTIM | JEJ |
| 08/29/1997 | 7:08:53 | PROV | PROVISION ADDED: RECOUPMENT | JEJ |
| 08/29/1997 | 7:08:54 | PROV | PROVISION ADDED: JAIL | JEJ |
| 08/29/1997 | 7:08:55 | PROV | PROVISION ADDED: CONCURRENT SENTENCES | JEJ |
| 08/29/1997 | 7:08:56 | PROV | PROVISION ADDED: SPLIT SENTENCE | JEJ |
| 08/29/1997 | 7:08:57 | PROV | PROVISION ADDED: HABITUAL OFFENDER | JEJ |

© Alacourt.com   6/25/2007        4

| | | | | |
|---|---|---|---|---|
| 09/03/1997 | 7:07:49 | DISP | DISPOSED ON: 08/29/97 BY  GUILTY | JEJ |
| 09/03/1997 | 7:09:49 | PRTY | PARTY ADDED  R001  ALABAMA CRIME VICT COMP | JEJ |
| 12/15/1997 | 8:18:11 | ESTA | ENFORCEMENT STATUS CHANGED TO: M | JEJ |
| 12/15/1997 | 8:18:12 | FAMT | FREQUENCY AMOUNT CHANGED TO        $40.00 | JEJ |
| 12/15/1997 | 8:18:13 | DUED | PAYMENT DUE DATE SET TO 01/01/98 | JEJ |
| 12/15/1997 | 8:18:14 | DOCK | DATE 5 QUEUE CHANGED TO 001 | JEJ |
| 04/29/1999 | 4:02:19 | DISP | CHARGE 02: PROBATION REV/#CNTS: 001        (AR10) | KAJ |
| 04/29/1999 | 4:02:20 | DISP | CHARGE 02 DISPOSED BY: PRB REVOKED ON: 04/20/1999 | KAJ |
| 04/29/1999 | 4:06:50 | CH01 | IMPOSED CONFINEMENT: YRS: 15/MOS: 00/DAYS: 000 | KAJ |
| 04/29/1999 | 4:06:51 | CH01 | TOTAL CONFINEMENT: YRS: 15/MOS: 00/DAYS: 000(AR05) | KAJ |
| 04/29/1999 | 4:06:52 | CH01 | JAIL CREDIT GRANTED: YRS: 15/MOS: 00/DAYS: 000 | KAJ |
| 04/29/1999 | 4:06:53 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT  (AR05) | KAJ |
| 04/29/1999 | 4:06:54 | CH01 | SPLIT SENTENCE PROVISION DELETED        (AR05) | KAJ |
| 04/29/1999 | 4:06:55 | CH01 | JAIL CONFINEMENT PROVISION DELETED        (AR05) | KAJ |
| 04/29/1999 | 4:06:56 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | KAJ |
| 04/29/1999 | 4:07:05 | TRSC | TRANSCRIPT OF RECORD ISSUED ON 04/29/99    (AR08) | KAJ |
| 05/03/1999 | 12:23:35 | CH01 | SENTENCE TO BEGIN ON: 04/20/1999        (AR05) | DOG |
| 05/03/1999 | 12:23:36 | CH01 | PROBATION REVOKED ON: 04/20/1999        (AR05) | DOG |
| 07/01/1999 | 1:55:23 | CH01 | JAIL CREDIT: 02 YEARS, 166 DAYS      (AR05) | KAJ |
| 07/01/1999 | 2:05:34 | TRSC | TRANSCRIPT OF RECORD ISSUED ON 07/01/99    (AR08) | KAJ |
| 06/30/2000 | 9:11:25 | CASU | CASE ACTION SUMMARY PRINTED        (AR08) | DOG |
| 06/30/2000 | 9:20:56 | COMM | TO OPH FOR TRANSCRIPT REQT. 6/30/00        (AR10) | DOG |
| 07/09/2004 | 11:30:07 | TEXT | MOTION TO VACATE SENTENCE FILED BY DEFT (TO DOG) | COH |
| 08/23/2004 | 1:01:31 | JUDG | JUDGE ID CHANGED FROM: OPH TO: JMJ        (AR10) | DOG |
| 08/23/2004 | 1:01:32 | DAT2 | SET FOR: NEW TRIAL ON 09/07/2004 AT 0900A  (AR10) | DOG |
| 08/23/2004 | 1:01:33 | STAT | STATUS CHANGED TO: "P" - PRISON        (AR10) | DOG |
| 08/23/2004 | 1:01:34 | D001 | FREQUENCY SET TO "L"        (AR10) | DOG |
| 08/23/2004 | 1:01:35 | D001 | FREQUENCY AMOUNT SENT UP TO: $0.00        (AR10) | DOG |
| 01/31/2005 | 9:36:25 | TEXT | MOTION TO WITHDRAW (MOTION TO VACATE) (TO FRP) | COH |
| 02/28/2005 | 2:29:06 | TEXT | PETITION FOR WRIT OF HABEEAS CORPUS FILED IN | COH |
| 02/28/2005 | 2:30:07 | TEXT |     BARBOUR COUNTY TRANSFERED TO THIS SHELBY | COH |
| 02/28/2005 | 2:30:08 | TEXT |     COUNTY BY ORDER ON 2/24/05  (TO DOG) | COH |
| 03/14/2005 | 1:08:00 | TEXT | WRIT OF MANDAMAS FILED BY DEFT IN BARBOUR CO | COH |
| 03/14/2005 | 1:19:36 | TEXT | RE: OUR CASES 95-542/543   (TO FRP) | COH |
| 03/28/2005 | 11:32:45 | TEXT | RULE 32 PETITION FILED BY DEFT (NO CASE NUMBERS | COH |
| 03/28/2005 | 11:32:46 | TEXT | NOTED ON PETITION)  (TO FRP) | COH |
| 06/02/2005 | 1:13:12 | TEXT | WRIT OF MANDAMUS FILED BY DEFT (TO FRP) | COH |
| 06/08/2005 | 9:49:38 | TEXT | WRIT OF MANDAMUS SENT UP TO KAREN IN JUDGE REEVE'S | FRP |
| 06/08/2005 | 9:49:39 | TEXT | OFFICE TO PLACE IN FILE FOR JUDGE TO REVW | FRP |
| 06/10/2005 | 12:33:17 | TEXT | ORDER/CRIM APPLS:  PETITION FOR WRIT OF MANDAMUS | COH |
| 06/10/2005 | 12:33:18 | TEXT |     IS HEREBY DISMISSED  (TO FRP) | COH |

**END OF THE REPORT**



EXHIBIT

# ALABAMA SJIS CC/DC CASE DETAIL

**OFFICE**                                    **PREPARED FOR: BETTIE CARMACK**

alacourt.cor    County:  **58**    Case Number:  **CC-1995-000543.00**    Charge    **RAP1**
                Name:  **STEWART MICHAEL LACEY**

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **58 - SHELBY** | Case Number: | **CC-1995-000543.00** | JID: **OPH OLIVER P. HEAD** | DEF status: **J Jail** |
| Filed: | **05/25/1995** | AAGCY: | **C County** | Muni N°: **00** | City: |
| Arrest date: | **03/16/1995** | Offe date: | **03/14/1995** | ORI: **0590000** | Officer: |
| Indict date: | **05/12/1995** | Grand jury: | **13** | Atty 1: **WIL116P** | Ticket N°: |
| Tracking N°s: | **0/0/0** | | | | |
| Date: | **08/26/1997** | Que: **002** | Time: **09:00 AM** | Desc: **SENT SENTENCING HEARIN** | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | **STEWART MICHAEL LACEY** | Alias 1: | | Alias 2: | |
| DOB: | **08/28/1948** | SSN: **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** | | Driv License N°: | |
| Height : | **5'06"** | Weight: **140** | Race/Sex: **White /M** | Eyes/Hair: **/** | |
| SID: | **0** | YDate: | AIS: **000174188** | PR: **1997 015210** | |
| Address 1: | **797 DOGWOOD** | | Address 2: | | |
| Zip: | **35115** | City: **MONTEVALLO** | State: **AL** | Country: **US** | |

### Prosecutor & Atty Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | **OWE003** | Attorney 1: **WIL116 P** | Attorney 2: | |
| Prosecutor Flag: **N** | | Attorney 1 Flag: **N** | Attorney 2 Flag: **Y** | |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: -- | WARAC -- | WARLOC: -- |
| BP ISS: | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: **RAP1** | Statute: **RAPE 1ST DEGREE** | Stat Name: **13A-006-061** | Class/Categ. **F SX** | Counts: **1** |
| 2. Crime co: | Statute: | Stat Name: | Class/Categ. | Counts: |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ. | Counts: |
| More: **N** | Dom Viol: | Case Type: **F** | Case Categ: **SX** | |
| Comment: | | | | |

### Bonding Information

| | | | |
|---|---|---|---|
| Bond amt: **50000.00** | Bond type: | Bond co: | |
| Rel Date: | Surety: | CWIT: **W 001** | |
| Jury Demand: | | Appeal Date: | |

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | **08/26/1997** | **002** | **09:00 AM** | **SENT - SENTENCING HEARIN** |
| 2: | **07/10/1997** | **001** | **09:00 AM** | **PLEA - CONSENT DOCKET** |
| 3: | **02/27/1997** | **001** | **09:00 AM** | **PLEA - CONSENT DOCKET** |
| 4: | | | | |



## Disposition

### Disposition

| | | | | |
|---|---|---|---|---|
| CRT ACT: G Guilty plea | CA date: 08/29/1997 | Jury: | More: N | |
| Charge 1: RAP1 RAPE 1ST DEGREE | 13A-006-061   F A | Counts: 001 | CA: G 08/29/1997 | |
| Charge 2: PREV PROBATION REV | PROBATION REV   F U | Counts: 001 | CA: 1 04/20/1999 | |
| Charge 3: | | Counts: | CA: | |
| Admin: | Why: | TBNV1: | TBNV2: | |
| Appeal: | CAPP: | Type: | GJCA: | |
| Cont Dt: | Why: | Cont N° : 0 | Dom Viol: | |
| Comment: | | | | |
| Case Compl: Y | Sent Prov: U | Due: | | |
| Warr: 0 | SUBP:   SUBP: | Updated: 06/30/2000 | | |

## Sentence - 58CC199500054300

### Sentence

| | | | |
|---|---|---|---|
| Sent: 08/29/1997 | Begin: 04/20/1999 | End: 0 | PRB Beg: |
| IMP CONF: 15 00 000 | SUSP CONF: 00 00 000 | Total Conf: 15 00 000 | Jail Cred: 02 00 166 |
| LICN Susp: 00 00 000 | Probation: 00 00 000 | PRB Rev: 04/20/1999 | |

### Monetary

| | | | | |
|---|---|---|---|---|
| X Cost: | Fine Imp: 0.00 | Fine Susp: 0.00 | CVCC: | HIS: |
| WCCS: | MCOS: | JFEE: 0.00 | DRGF: 0 | ASU: |
| PREL: | DRUG: | X RCUP: 0.00 | | |
| RES1: 0.00 | RES2: 0.00 | | RES3: 0.00 | |
| RES4: 0.00 | RES5: 0.00 | | RES6: 0.00 | |

### Confine

| | | | | | | |
|---|---|---|---|---|---|---|
| X PENT: | LIFE: | LWOP: | DEATH: | SPLIT: | BOOT: 0 | EMON: 0 |
| JAIL: | CCUR: | CSEC: | CTERM: | RVSPL: | GANG: 0 | |

### Programs

| | | | | | | |
|---|---|---|---|---|---|---|
| JDVR: | IPROB: | AASCH: | DUI: | DDC: | CSV: 0 | SAPP: |
| PTRL: | BCSCH: | MNTL: | CRO: | ASCH: | ANGER: | DRUGCT: |

### Enhanced

| | | | | |
|---|---|---|---|---|
| PROJ: | CNOT: | SCH: | VDOB: N | HOOF: |
| DRUGCODE: | MEAS: | VOL: 0.00 | | |

| | | | | |
|---|---|---|---|---|
| SEC/CUR:   X | | | | |
| Comment: | | | | |
| Bal Due: | Due: | CRO: | Updated:   Cost: 07/01/1999 | |

© Alacourt.com   6/25/2007         3

## Case Action Summary - 58CC199500054300

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 03/14/1995 | 8:05:00 | OFDT | OFFENSE DATE OF:    03/14/95 | KAJ |
| 03/16/1995 | 8:05:00 | ARRS | DEFENDANT ARRESTED ON: 03/16/95 | KAJ |
| 05/12/1995 | 8:05:00 | INDT | DEFENDANT INDICTED ON: 05/12/95 | KAJ |
| 05/25/1995 | 8:05:00 | FILE | ON 05/25/95 FILED | KAJ |
| 05/25/1995 | 8:15:00 | CHG1 | CHARGE AT FILING OF: SODOMY 1ST DEGREE | KAJ |
| 05/25/1995 | 8:22:00 | BOND | BOND SET FOR     $50,000.00 | KAJ |
| 05/25/1995 | 8:41:00 | DAT1 | CASE SET ON 08/03/95 FOR  ARRAIGNMENT | KAJ |
| 05/25/1995 | 8:48:00 | ATY1 | ATTORNEY FOR DEFENDANT:  WILLIAMS, ROBERT L, JR | KAJ |
| 05/25/1995 | 8:55:00 | CHG1 | CHARGE AT FILING OF: RAPE 1ST DEGREE | KAJ |
| 06/27/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 06/28/95 | KAJ |
| 08/09/1995 | 8:05:00 | DAT3 | CASE SET ON 101095  FOR  CONSENT DOCKET | KAJ |
| 08/09/1995 | 8:15:00 | DAT2 | CASE SET ON 09/07/95 FOR  MOTION TO REDUCE | KAJ |
| 08/30/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 08/31/95 | JEJ |
| 09/14/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 09/15/95 | JEJ |
| 10/31/1995 | 8:05:00 | DAT2 | SET FOR: MOTION TO REDUCE ON 10/20/95 AT 0900A | KAJ |
| 12/05/1995 | 8:05:00 | DAT3 | CASE SET ON 010296  FOR  CONSENT DOCKET | JEJ |
| 12/08/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 12/09/95 | JEJ |
| 12/08/1995 | 8:15:00 | DOCK | DOCKET NOTICE MAILED ON 12/09/95 | JEJ |
| 12/11/1995 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 12/12/95 | JEJ |
| 03/13/1996 | 8:05:00 | DAT3 | CASE SET ON 04/30/96 FOR  CONSENT DOCKET | JEJ |
| 04/15/1996 | 8:05:00 | DOCK | DOCKET NOTICE MAILED ON 04/16/96 | KAJ |
| 08/16/1996 | 8:05:00 | DAT3 | CASE SET ON 10/29/96 FOR  CONSENT DOCKET | JEJ |
| 08/27/1996 | 8:05:00 | DAT3 | CASE SET ON 10/29/96 FOR  CONSENT DOCKET | JEJ |
| 09/27/1996 | 8:05:00 | PRTY | PARTY ADDED  W001  DAVIS, AMY | DOG |
| 10/17/1996 | 3:49:53 | DOCK | | JEJ |
| 01/24/1997 | 4:01:53 | DAT3 | CASE SET ON 02/27/97 FOR  CONSENT DOCKET | JEJ |
| 02/10/1997 | 3:28:45 | DOCK | DOCKET NOTICE MAILED ON 02/11/97 | JEJ |
| 02/28/1997 | 12:09:39 | DAT2 | CASE SET ON 04/10/97 FOR  PLEA DAY | JEJ |
| 04/15/1997 | 2:53:32 | DAT2 | CASE SET ON 04/29/97 FOR  TRIAL | JEJ |
| 05/02/1997 | 8:53:10 | DAT2 | CASE SET ON 07/10/97 FOR  CONSENT DOCKET | JEJ |
| 06/20/1997 | 3:27:00 | DOCK | DOCKET NOTICE MAILED ON 06/21/97 | JEJ |
| 07/16/1997 | 9:55:54 | DAT1 | SET FOR: SENTENCING HEARIN ON 08/26/97 AT 0900A | KAJ |
| 08/29/1997 | 7:06:28 | BEGN | SENTENCE TO BEGIN ON:  08/29/97 | JEJ |
| 08/29/1997 | 7:06:29 | SNTD | DEFENDANT SENTENCED ON: 08/29/97 | JEJ |
| 08/29/1997 | 7:06:30 | SETO | IMPOSED CONFINEMENT OF:      02Y 00M 175D | JEJ |
| 08/29/1997 | 7:06:31 | SESU | SUSPENDED CONFINEMENT        12Y 00M 190D | JEJ |
| 08/29/1997 | 7:06:32 | SETL | TOTAL CONFINEMENT OF:     14Y 00M 365D | JEJ |
| 08/29/1997 | 7:06:33 | JLCD | JAIL CREDIT GRANTED IN AMOUNT OF:  02Y 00M 175D | JEJ |
| 08/29/1997 | 7:06:34 | SEPR | PROBATION OF:            05Y 00M 000D | JEJ |
| 08/29/1997 | 7:06:35 | PROV | PROVISION ADDED: COURT COSTS | JEJ |
| 08/29/1997 | 7:06:36 | PROV | PROVISION ADDED: CRIME VICTIM | JEJ |
| 08/29/1997 | 7:06:37 | PROV | PROVISION ADDED: RECOUPMENT | JEJ |
| 08/29/1997 | 7:06:38 | PROV | PROVISION ADDED: JAIL | JEJ |
| 08/29/1997 | 7:06:39 | PROV | PROVISION ADDED: CONCURRENT SENTENCES | JEJ |
| 08/29/1997 | 7:06:40 | PROV | PROVISION ADDED: HABITUAL OFFENDER | JEJ |
| 09/03/1997 | 7:03:25 | DISP | DISPOSED ON: 08/29/97 BY  GUILTY | JEJ |
| 09/03/1997 | 7:03:26 | CHG1 | CHARGE AT DISPOSITION: RAPE 1ST DEGREE | JEJ |
| 12/15/1997 | 8:18:25 | ESTA | ENFORCEMENT STATUS CHANGED TO: M | JEJ |

© Alacourt.com  6/25/2007          4

| 12/15/1997 | 8:18:26 | FAMT | FREQUENCY AMOUNT CHANGED TO    $40.00 | JEJ |
|---|---|---|---|---|
| 12/15/1997 | 8:18:27 | DUED | PAYMENT DUE DATE SET TO 01/01/09 | JEJ |
| 12/15/1997 | 8:18:28 | DOCK | DATE 5 QUEUE CHANGED TO 001 | JEJ |
| 12/15/1997 | 8:18:34 | DUED | PAYMENT DUE DATE SET TO 01/01/98 | JEJ |
| 04/29/1999 | 4:08:02 | DISP | CHARGE 02: PROBATION REV/#CNTS: 001    (AR10) | KAJ |
| 04/29/1999 | 4:08:03 | DISP | CHARGE 02 DISPOSED BY: PRB REVOKED ON: 04/20/1999 | KAJ |
| 04/29/1999 | 4:09:47 | CH01 | IMPOSED CONFINEMENT: YRS: 15/MOS: 00/DAYS: 000 | KAJ |
| 04/29/1999 | 4:09:48 | CH01 | TOTAL CONFINEMENT: YRS: 15/MOS: 00/DAYS: 000(AR05) | KAJ |
| 04/29/1999 | 4:09:49 | CH01 | JAIL CREDIT GRANTED: YRS: 15/MOS: 00/DAYS: 000 | KAJ |
| 04/29/1999 | 4:09:50 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT  (AR05) | KAJ |
| 04/29/1999 | 4:09:51 | CH01 | JAIL CONFINEMENT PROVISION DELETED     (AR05) | KAJ |
| 04/29/1999 | 4:09:52 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | KAJ |
| 04/29/1999 | 4:09:59 | TRSC | TRANSCRIPT OF RECORD ISSUED ON 04/29/99    (AR08) | KAJ |
| 05/03/1999 | 12:23:53 | CH01 | SENTENCE TO BEGIN ON: 04/20/1999      (AR05) | DOG |
| 05/03/1999 | 12:23:54 | CH01 | PROBATION REVOKED ON: 04/20/1999     (AR05) | DOG |
| 07/01/1999 | 1:55:38 | CH01 | JAIL CREDIT: 02 YEARS, 166 DAYS       (AR05) | KAJ |
| 07/01/1999 | 1:56:13 | TRSC | TRANSCRIPT OF RECORD ISSUED ON 07/01/99    (AR08) | KAJ |
| 07/01/1999 | 1:56:57 | TRSC | TRANSCRIPT OF RECORD ISSUED ON 07/01/99    (AR08) | KAJ |
| 07/01/1999 | 2:07:16 | TRSC | TRANSCRIPT OF RECORD ISSUED ON 07/01/99    (AR08) | KAJ |
| 06/30/2000 | 9:11:31 | CASU | CASE ACTION SUMMARY PRINTED       (AR08) | DOG |
| 06/30/2000 | 9:21:16 | COMM | TO OPH FOR TRANSCRIPT REQT 6/30/00      (AR10) | DOG |
| 01/31/2005 | 9:36:00 | TEXT | MOTION TO WITHDRAW (MOTION TO VACATE)  (TO FRP) | COH |
| 03/14/2005 | 1:08:01 | TEXT | WRIT OF MANDAMAS FILED BY DEFT IN BARBOUR CO | COH |
| 03/14/2005 | 1:19:00 | TEXT |   RE: OUR CASES 95-542/543   (TO FRP) | COH |
| 03/28/2005 | 11:32:00 | TEXT | RULE 32 PETITION FILED BY DEFT (NO CASE NUMBERS | COH |
| 03/28/2005 | 11:32:01 | TEXT |   NOTED ON PETITION)  (TO FRP) | COH |

*END OF THE REPORT*



# Inmate Search Results

Search Again          Results Key

| AIS | Inmate Name | Race | Sex | Birth Date | Current Location | Release Date | Code |
|-----|-------------|------|-----|------------|------------------|--------------|------|
| 174188 | STEWART, MICHAEL LACEY | W | M | 8/28/1948 | Ventress CF | 11/12/2011 | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

EXHIBIT

PFN/GND 800-631-6909

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael L. Stewart_ _____ Date of Request: _1-31-07_

ID # _174188_ _____ Date of Birth: _8-28-48_ Location: _H-Dorm-41-A_

Nature of problem or request: _I had an ingrown Hair on my Face. I pulled it out_
_And it Caused n Sore to Come up. And now this Sore place don't want to heal up_
_So I need to see the Doctor. and let him or her to take a look at it._

_____

_Michael L. Stewart_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _2/1/07_
Time: _1:00_ AM (PM)
Allergies: _NKQ_

RECEIVED
Date: _2-1-07_
Time: _100 Pm_
Receiving Nurse Intials _JCL_

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:** _Pu not trial_

**(P)lan:** _Pill Call time 3a — 3P X_
_Tx PLN @ 630 Pm for drug Change_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return
CIRCLE ONE

Check One:   ROUTINE ( )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS R

(1/4)

## Nursing Evaluation Tool:                Dermatitis (Rashes)

Facility: Alabama Department of Corrections

Patient Name: _Steward_ _____ _Michael_
                    Last                           First                              MI

Inmate Number: _124188_

Date of Birth: _8_ / _29_ / _48_
                        MM     DD      YYYY

Date of Report: _2_ / _1_ / _07_
                         MM    DD    YYYY

Time Seen: _1:00_ AM (PM) Circle One

**Subjective:** Chief Complaint: ☐ Itching ☐ Burning ☒ Redness ☐ Swelling ☐ Weeping ☐ Blisters ☐ Lice/Scabies/Nits

☒ Other: _draining_

Onset: _1 month ago_

Location: _R temporal area of face_

History: _Had this hair bump. Pull the hair out,_
(Continue on back if necessary) _2wks later, pulled it out again, it left a hole_                     ☐ Check Here if additional notes on back

Associated Symptoms: ☒ None ☐ Fever ☐ Upper Respiratory Symptoms ☐ Tongue Swelling/Throat Closing ☐ Facial/Neck Swelling

☐ Difficulty breathing ☐ Other: _____

Recent environmental contacts (allergens/irritants): _____

History of new medication: _____

**Objective:** Vital Signs: (If Indicated) T: _98_ P: _83_ RR: _20_ B/P: _130_/_70_

Exam: Lesion(s): ☐ NO ☒ YES Description: _open area R side of face_

Redness/Swelling/Streaking: ☐ NO ☒ YES (If Yes, Describe): _inflammation_

☐ Additional Examination: _Wt. #129.0 96% draining of temple_
(Continue on back if necessary) _cultured fw taken. bandaid applied_                     ☐ Check Here if continued on back

**Assessment: (Referral Status)**         Preliminary Determination(s) _Alt. Skin Integrity_
☐ Referral NOT Required

☒ Referral Required referral due to the following: (Check all that apply)
☐ Respiratory distress    ☐ Tongue or facial swelling  ☐ Hives   ☐ Wheezing
☐ New medication          ☐ Signs of infection          ☐ Recurrent Complaint (More than 2 visits)

☒ Other: _Culture & Antibiotic_
     (Describe)

**Plan:** Check All That Apply:
☒ Meds given per approved OTC med list ☐ _____

☐ _____

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Education signs and symptoms of severe allergic reaction: (Difficulty breathing, throat or facial swelling). Pt instructed to seek immediate seek immediate medical attention if these should occur.

Other OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _CRNP Floyd_          Date for referral: _2_/_1_/_07_
                                                                                                              MM  DD   YYYY

Referral Type: ☐ Routine ☒ Urgent ☐ Emergent (if emergent who was contacted?): _Floyd_          Time _1:13_

X _J. Odisen_                        Name: _J Odis RN_
     Nurses Signature                         Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael L Stewart_   Date of Request: _Mar 2-07_
ID # _174188_   Date of Birth: _8-28-48_   Location: _H-Dorm-41-A_
Nature of problem or request: _I put a sick call in to see the doctor about a sore_
_place on my face where I had pulled out an ingrow hair. On 1-31-07 I started_
_taking medication for 10 days and it cleared for a while. But now it has come_
_Back in the same place and it won't heal up for some reason. I need to see the_
_Doctor again._
                                          _Michael L Stewart_
                                          Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3 /04/ 07_
Time: _7 pm_   AM (PM)
Allergies: _NKA_

| | RECEIVED |
| --- | --- |
| | Date: _3-3-07_ |
| | Time: _06.40_ |
| | Receiving Nurse Intials _CH_ |

**(S)ubjective:**   _Legion on (R) side of face_
_See Next Tool_

**(O)bjective**   (V/S):  T:_____  P:_____  R:_____  BP:_____  WT:_____

**(A)ssessment:**   _See MD in Am @ 0800_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)     EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_____
      SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

3

**PHS**

## Nursing Evaluation Tool:                    Dermatitis (Rashes)

Facility: Alabama Department of Corrections

Patient Name: Stewart          Michael    L.
                    Last              First                    MI

Inmate Number: 17488              Date of Birth: 8 / 28 / 48
                                                        MM   DD   YYYY

Date of Report: 03 / 04 / 07        Time Seen: 7 PM    AM / PM  Circle One
                    MM   DD   YYYY

**Subjective:** Chief Complaint: ☐ Itching  ☐ Burning  ☐ Redness  ☐ Swelling  ☑ Weeping  ☐ Blisters  ☐ Lice/Scabies/Nits

☐ Other: _____

Onset: X 4 week reoccurred.

Location: R side of face sore that draining

History: No
        (Continue on back if necessary)

☐ Check Here if additional notes on back

Associated Symptoms: ☐ None  ☐ Fever  ☐ Upper Respiratory Symptoms  ☐ Tongue Swelling/Throat Closing  ☐ Facial/Neck Swelling

☐ Difficulty breathing  ☐ Other: _____

Recent environmental contacts (allergens/irritants): _____

History of new medication: None

**Objective:**  Vital Signs: (If Indicated) T: 98.6  P: 74  RR: 20  B/P: 130 / 80  art 9m

Exam:  Lesion(s) ☐ NO  ☑ YES  Description: Redness c drainage

Redness/Swelling/Streaking: ☑ NO  ☐ YES (If Yes, Describe): _____

☐ Additional Examination: No
    Continue on back if necessary

☐ Check Here if continued on back

**Assessment: (Referral Status)**              Preliminary Determination(s): _____

☐  **Referral NOT Required**

☐  **Referral Required** referral due to the following: (Check all that apply)
    ☐ Respiratory distress   ☐ Tongue or facial swelling  ☐ Hives   ☐ Wheezing
    ☐ New medication          ☐ Signs of infection  ☐ Recurrent Complaint (More than 2 visits)

    ☐ Other: _____
            (Describe)

**Plan:** Check All That Apply:
☐ Meds given per approved OTC med list: ☐ _____
                                        ☐ _____

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Education signs and symptoms of severe allergic reaction: (Difficulty breathing, throat or facial swelling). Pt instructed to seek immediate seek immediate medical attention if these should occur.

Other OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): DR. Peasant          Date for referral: 03 / 04 / 07
                                                                            MM   DD   YYYY

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

x E. Smith, jr          Name Emogene Smith, L          3/5/07
    Nurses Signature              Printed

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** Stewart, Michael
               **LAST**                **FIRST**            **MI**

**DATE OF BIRTH** 6/28/48         **SS#** 174188

(1) Selenium Sulfide Lotion Shampoo

**Housing Recommendations:**

(2) Bandaid to ® face lesion qd X 14 days

General Population _____

Medical Observation Unit _____

(3) Follow up Wednesday 3/7/07

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____     √ 3/5/07 ————

Initiate Universal Precautions _____  3/6/07 ————

                                 3/7/07 ————

                                 3/8/07 ————

**Individual found to be:**

                                 3/9/07 ————

Frail/Elderly _____     3/10/07 ————

Physically Handicapped _____  3/11/07 ————

Developmentally Disabled _____  3/12/07 ————

Drug/Alcohol Withdrawal _____  3/13/07 ————

Special Mental Health Needs _____  3/14/07 ————

Expressed Suicidal Ideation _____  3/15/07 ————

History of Seizures _____  3/16/07 ————

Other _____      3/17/07 ————

Specify _____  3/18/07 ————

Nurse Emogene Smith, fnp      Date 3/5/07



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael L Stewart_     Date of Request: _3/25/07_

ID # _174188_     Date of Birth: _8-28-48_   Location: _H-Dorm-41-A_

Nature of problem or request: _I have been two time in the last two months and
have taken antibiotic both times for ten days each time as well as treat-
ment call for a sore spot on the right side of my face. I have seen the Doctor.
but I need see the Doctor and find out way this sore place wont heal up._

_Michael L Stewart_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3-28-07_
Time: _1:38_ (AM) PM
Allergies: _NKO._

> RECEIVED
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**   (V/S):   **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:** _See Not too l_

**(P)lan:** _pill call. 3 — 3 P X 10 days.
TX for wound care, @ 4³⁹_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:    Yes ( )    No ( )
         Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

**PHS**

# Nursing Evaluation Tool:                    <u>Dermatitis (Rashes)</u>

Facility: Alabama Department of Corrections

Patient Name: _Stewart_       _Mickbed_   Last / First / MI

Inmate Number: _174 188_     Date of Birth: _8 / 29 / 48_   MM DD YYYY

Date of Report: _3 / 26 / 07_    MM DD YYYY    Time Seen: _11 30_   AM / PM Circle One

**Subjective:** Chief Complaint: ☒ Itching ☐ Burning ☐ Redness ☐ Swelling ☒ Weeping ☐ Blisters ☐ Lice/Scabies/Nits

☐ Other: _____

Onset: _Some time ago._

Location: _R side of face, between ear + cheek._

History: _was nearly healed, tried to cut off a hair_
_starting face, but pull the scalp of face and it_
_starting spread_   (Continue on back if necessary)   ☐ Check Here if additional notes on back

Associated Symptoms: ☐ None ☐ Fever ☐ Upper Respiratory Symptoms ☐ Tongue Swelling/Throat Closing ☒ Facial/Neck Swelling

☐ Difficulty breathing ☒ Other: _lesion on R side of face._

Recent environmental contacts (allergens/irritants): _____

History of new medication: _____

**Objective:** Vital Signs: (If Indicated) T _98.6_   P: _86_   RR: _18_   B/P: _120 / 80_

Exam: Lesion(s): ☐ NO ☒ YES Description: _red area c crusted center_

Redness/Swelling/Streaking: ☐ NO ☐ YES (If Yes, Describe): _____

☐ Additional Examination: _wt #131 O₂ sat 97% lesion on face is_
(Continue eg back if necessary) _on going, heal, then return._   ☐ Check Here if continued on back

**Assessment: (Referral Status)**     Preliminary Determination(s) _altered skin integrity_

☐ Referral **NOT** Required

☐ Referral **Required** referral due to the following: (Check all that apply)
    ☐ Respiratory distress    ☐ Tongue or facial swelling ☐ Hives ☐ Wheezing
    ☐ New medication      ☒ Signs of infection    ☐ Recurrent Complaint (More than 2 visits)
    ☐ Other: _3/26/07_ _MC Echs_
      (Describe) _Briefly saw pt with_
_R facial lesion - unchanged_
_see c raised borders_

**Plan:** Check All That Apply:
☐ Meds given per approved OTC med list: ☐ _____
              ☐ _____

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Education signs and symptoms of severe allergic reaction: (Difficulty breathing, throat or facial swelling). Pt instructed to seek immediate seek
immediate medical attention if these should occur.

Other OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _____ Date for referral: _/ / MM DO YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time ___

X _____ R N    Name: _J. Odis, RN_ _Plesger D_
    Nurses Signature          Printed       _3/26/07_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Stewart, Michael | D.O.B.: 8/29/48 |
|---|---|---|

3/5/07
1430

WT-126# B/p-120/78    T-98.6    P-78    R-18

C/o lesion ® face — See sick call / not for ® 3/2/07

Ⓢ Complaints of recurrent sore ® temporal area
since last of January which started as
previous lesion.

Ⓞ alert NAD
Severe dandruff
® face  1 cm raised area c̄ central ulcer

Ⓐ —Abscess of face R/o other skin lesion
— Severe dandruff

Ⓡ  Rifampin, Bactrim                    3/9 as
Selenium sulfide lotion to scalp ~~3/~~ as ē
3/20/07

Ⓔ Tx plan



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael L. Stewart_    Date of Request: _4/5/07_
ID # _174188_    Date of Birth: _8-28-48_  Location: _H-Dorm 41-A_
Nature of problem or request: _I have a sore spot on the right side of my face._
_I have been taking Antibiotic for it. I was told by the Doctor when I ran out of_
_Antibiotic to put in a Sick Call Request so he could look at the place on my face._
_I was also told by the Nurse. That I would not be charge for this follow up treatment_
                                        _Michael L Stewart_
                                        _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**   _wound hygiene_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                    Was MD/PA on call notified:   Yes ( )    No ( )

_____
                                    _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _5-17-07_

**To:** _DOC_

**From:** _HZU_

**Inmate Name:** _Stewart, Michael_    **ID#:** _174188_

**The following action is recommended for medical reasons:**

1.  House in
2.  Medical Isolation
3.  Work restrictions
4.  May have extra _____ until
5.  Other

**Comments:**

_Report to HZU on 5-23-07 (Wednesday) at 8:00 Am to see MD. (follow-up: skin)_

**Date:** _5/17/07_   **MD Signature:** _Dr. Reasal / C Hunter, RN_   **Time:** _1500_

_Michael Stewart 174188_

60418

ADOC-OHS Form #_____    DRAFT FORM



**Alabama Department of Corrections**
**Office of Health Services**
**Return from Offsite Consult**

Name _Stewart, Michael_ DOC#: _174188_ , Date: _5-17-07_

Subjective statement of the patient about what transpired: _"Skin cancer - he took off some pieces. He put me on some antibiotics - gave me some samples."_

Apparent condition of the patient on return: (Describe any scars, wounds, dressings, casts, etc.) _111 band-aids noted to (R) side of face. Ø edema, bleeding or drainage noted._

Any new diagnoses by the consultant: _____

Recommended tests: _____

Need or plans for hospitalization: Y, N? _____

If yes, for what purpose? _____

Recommended medications: _Keflex 750 mg ÷ PO QD × 4_

MD notified of medication recommendations? (Y) N

Orders for meds received from staff physician? (Y) N Circle those meds above which were ordered.

Name of MD notified _Dr. Pleasant_

Other recommendations of the consultant: _____

Follow-up visit requested by consultant? Y, N. When? _Pending biopsy results_

Purpose of follow-up: _____

Appointment date to see staff physician for review and follow-up: _5-23-07_

Summary review by staff physician: _F/U off FWA c Dr. Mackey on 5/17/07. Pt had shave bx + freeze treatment to site_

Name: _____ , Date: _5/23/07_

**Alexander City Dermatology-Montgomery**
1722 Pine Street, Suite 400
Montgomery, AL 36106
(334) 263-1400

Date: 5/17/2007

PATIENT: STEWART, MICHAEL   DOB: 08/28/1948   Gender: M   MRN: 59050

**CHIEF COMPLAINT:** Skin lesion

> Symptoms: Tender,bleeds,growing in size
> Location: Right face
> Quality: Irritated
> Severity: Moderate
> Duration: Since Feb of 07
> Other: Gw

**Ht:** 66 in.; **Wt:** 131 lbs.

**ALLERGIES:** NKA (None)

**PMH:** No prior medical history.

**SH:** Does not consume alcohol; Uses Tobacco Products ; Race: W;

**PSH:** Groin repair from motorcycle accident;

**PFH:** Patient does not have a family history of Asthma. Patient does not have a family history of Autoimmune Disease.

**REVIEW OF SYSTEMS:**

> CONSTITUTIONALS: Well Developed,  NAD
>     Patient denies Fever/Chills.
>
> HEAD/EYES: Patient denies Headache.
>
> ENMT: Patient denies Sore Throat.
>
> RESPIRATORY: Patient denies Cough.
>
> GASTROINTESTINAL: Patient denies Nausea/Vomiting.
>
> INTEGUMENTARY: Bleeding,  Irritation

**PHYSICAL EXAMINATION**

GENERAL: Well/Developed/Nourished; NAD; Alert & Oriented x3; Appears Consistent with Age;

DERMATOLOGIC:  On the right temple there is a 0.8 cm pearly papule with telangiectasia.On the right temple there is a 0.8 cm pearly papule with telangiectasia.on the right cheek by the ear is a 2.5 cm pearly papule with telangiectasia. On the right cheek and the right neck there are several 3 mm erythematous scaly papules.

Page 1 of3

**Alexander City Dermatology-Montgomery**
1722 Pine Street, Suite 400
Montgomery, AL 36106
(334) 263-1400

Date: 5/17/2007

PATIENT: STEWART, MICHAEL   DOB: 08/28/1948   Gender: M   MRN: 59050

### OFFICE PROCEDURE(S)

Procedure 1:
PROCEDURE: After informed consent was obtained, and discussed that scarring, infection, and recurrence may occur, a shave biopsy was performed. Wound care was discussed. Path results in 1 week. Patient is to follow up as above.

NUMBER: 3

LOCATION: (1) Right temple  (2) Right temple  (3) Right cheek by the ear

SIZE:(1)0.8 cm (2)0.8 cm  (3)2.5 cm

RISKS AND BENEFITS: Infection; Bleeding; Pain;

PATIENT CONSENT: Written Consent Scanned;

ANESTHESIA: .5cc Xylocaine With Epinephrine;

CONDITION: Patient is cleansed with ETOH and procedure is performed under clean condition.

PATHOLOGY: Yes;

INSTRUCTION: Clean with peroxide; Notify doctor if any signs of infection; Keep dry for 24 hrs; Apply Antibiotic Ointment BID; Clean with Alcohol; Apply small dressing or band-aid. If biopsy is postive, I have discussed with the patient that Mohs surgery is recommended.

Procedure 2:
PROCEDURE: After discussing with the patient concerning the potential of scarring, infection, and post inflammatory hypopigmentation, the actinic keratosis were destroyed with LiN2.

NUMBER: 2;

LOCATION: Face;Right Back of Neck;

RISKS AND BENEFITS: Infection; Scarring; Hypopigmentation;. Swelling; Pain;

PATIENT CONSENT: Verbal Consent Given;

**ASSESSMENT:**
       238.2 - UNCERT BEHAVE NEO SKIN
       702.0 - Actinic Keratosis

**PLAN:**
       I have discussed the above diagnosis and treatment plan.  Understanding is reported.

Page 2 of 3

# Dr. Steven Mackey

1722 Pine Street, Suite 400
Montgomery, AL 36106
(334) 263-1400

## Laboratory Results

**Patient Name:** MICHAEL STEWART                    **Order Date:** 05/22/2007

**MRN:** 59050          **DOB:** 08/28/1948     **SSN:** 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          **Phone:** 334-775-3610

| | |
|---|---|
| **Specimen:** DS07-047871 | **Test Number:** BIOPSY |
| **Specimen Date:** 05/22/2007 | **Physician:** MACKEY |
| **Result Date:** 05/17/2007 | **Physician ID:** E66873 |
| **Result:** | **Patient Fasting:** |

1. Right forehead: Squamous cell carcinoma

2. Right temple: Squamous cell carcinoma

3. Right cheek: Squamous cell carcinoma

JEE:VLG

Reviewed and Electronically Signed By JAMES E. ELDER, M.D. On 05/22/2007 At 1038



**Confidential**                                                    2 of 2

**Dr. Steven Mackey**
1722 Pine Street, Suite 400
Montgomery, AL 36106
(334) 263-1400

## Image 1

| | | | |
|---|---|---|---|
| **Patient Name:** | MICHAEL STEWART | **DOB:** 08/28/1948 | **SSN:** 421648707 |
| **Chart No.:** | 59050 | | **Phone:** 334-775-3610 |



picture of
BX sites
are on
Dr. Harmons
desk in montgomery
Thanks,
Ginger

5/23/07

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _5-23-07_

**To:** _DOC_

**From:** _HCU_

**Inmate Name:** _Stewart, Michael_ **ID#:** _174188_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_Report to HCU on 6-20-07 (Wednesday)_
_at 7:00 am to see MD. (follow-_
_up skin)_

**Date:** 5/23/07    **MD Signature:** Dr Pleasant/C Hunter, LPN    **Time:** 1105

_Michael Stewart 174188_

60418

EXHIBIT

**squamous cell carcinoma** (SKWAY-mus sel KAR-sih-NOH-muh)

Cancer that begins in squamous cells, which are thin, flat cells that look like fish scales. Squamous cells are found in the tissue that forms the surface of the skin, the lining of the hollow organs of the body, and the passages of the respiratory and digestive tracts. Also called epidermoid carcinoma.
Send to Printer

MedlinePlus: Medical Encyclopedia: Squamous cell skin cancer    Page 2 of 8

Skip navigation



**Medline Plus**
Trusted Health Information for You

A service of the U.S. NATIONAL LIBRARY
and the NATIONAL INSTITUTE

Search MedlinePlus

About MedlinePlus | Site Map | FAQ:

Home | Health Topics | Drugs & Supplements | Encyclopedia | Dictionary | News | Directories | Other Resources

## Medical Encyclopedia

Other encyclopedia topics: A-Ag  Ah-Ap  Aq-Az  B-Bk  Bl-Bz  C-Cg  Ch-Co  Cp-Cz  D-Di  Dj-Dz  E-Ep  Eq-Ez  F  G
H-Hf  Hg-Hz  I-In  Io-Iz  J  K  L-Ln  Lo-Lz  M-Mf  Mg-Mz  N  O  P-Pl  Pm-Pz  Q  R  S-Sh
Si-Sp  Sq-Sz  T-Tn  To-Tz  U  V  W  X  Y  Z  0-9

## Squamous cell skin cancer

 Printer-friendly version    E-mail to a friend

### Contents of this page:

- Illustrations
- Alternative names
- Definition
- Causes, incidence, and risk factors
- Symptoms
- Signs and tests

- Treatment
- Expectations (prognosis)
- Complications
- Calling your health care provider
- Prevention
- References

### Illustrations


Bowen's disease on the hand


Keratoacanthoma


Keratoacanthoma


Skin cancer, squamous cell - close-up


Skin cancer, squamous cell on the hands


Squamous cell carcinoma - invasive


Cheilitis, actinic


Squamous cell cancer

### Alternative names    *Return to top*

Cancer - skin - squamous cell; Skin cancer - squamous cell

### Definition    *Return to top*

Squamous cell skin cancer is a type of tumor that affects the middle layer of the skin.

**Causes, incidence, and risk factors**   *Return to top*

Squamous cell cancer results when cells in the middle part of the skin start to change. The changes may begin in normal skin or in skin that has been injured or inflamed. Most skin cancers occur on skin that is regularly exposed to sunlight or other ultraviolet radiation. It is most often seen in those over age 50.

 Risks for squamous cell skin cancer include:

- Exposure to sunlight and ultraviolet radiation
- Older age
- Having light-colored skin, blue or green eyes, or blond or red hair
- Chemical pollution
- A large number of x-rays
- Arsenic

Squamous cell cancer spreads faster than basal cell cancer, but still may be relatively slow-growing. It can spread (metastasize) to other locations, including internal organs.

See also: Actinic keratosis

**Symptoms**   *Return to top*

The main symptom of squamous cell skin cancer is a growing bump that may have a rough, scaly surface and flat reddish patches.

The bump is usually located on the face, ears, neck, hands, or arms, but may occur on other areas.

A sore that does not heal can be a sign of squamous cell cancer. Any change in an existing wart, mole, or other skin lesion could be a sign of skin cancer.

**Signs and tests**   *Return to top*

The appearance of the skin lesion may indicate a squamous cell carcinoma. A biopsy and examination of the lesion confirms the diagnosis.

**Treatment**   *Return to top*

Skin cancer has a high cure rate if it is treated early. Treatment depends on how big the tumor is, its location, and how much it has spread (metastasis).

Surgery to remove the tumor is often recommended. Microscopic shaving (Mohs' surgery) may be used to remove small tumors. Skin grafting may be needed if wide areas of skin are removed.

Radiation therapy may help reduce tumor size. Chemotherapy can be used if surgery and radiation fail, but it usually does not work very well for squamous cell cancer.

**Expectations (prognosis)**   *Return to top*

Most (95%) of squamous cell tumors may be cured if removed promptly. New tumors may develop, so affected individuals should be diligent about examining the skin. Regular examination by the health care provider is usually required.

**Complications**   *Return to top*

- Local spread of the tumor
- Metastasis to other locations, including the internal organs

**Calling your health care provider**    *Return to top*

Call for an appointment with your health care provider if any change in color, size, texture, or appearance of a skin lesion develops. Also call if there is pain, inflammation, bleeding, or itching of an existing skin lesion.

**Prevention**    *Return to top*

Reduce your sun exposure. Protect your skin from the sun by wearing protective clothing such as hats, long-sleeved shirts, long skirts, or pants.

Sunlight is most intense at mid-day, so try to limit exposure during these hours. Use high-quality sunscreens, preferably with SPF (sun protection factor) ratings of at least 15. Apply the sunscreen at least 30 minutes before going outside and re-apply frequently. Use a sunscreen throughout the year, even during the winter.

Examine the skin regularly for development of suspicious growths or changes in an existing skin lesion. A new growth that forms an ulcer or is slow to heal is suspicious.

Suspicious changes in an existing growth include a change in color, size, texture, and appearance, or development of pain, inflammation, bleeding, or itching.

A growth that is asymmetrical, has irregular or diffuse borders, has multiple colors mixed in one lesion, or is larger than 6 mm (millimeters) diameter is suspicious.

**References**    *Return to top*

American Cancer Society. *Cancer Facts and Figures 2006.* Atlanta, GA: American Cancer Society; 2006.

**Update Date: 2/12/2007**

Updated by: Kevin Berman, MD, PhD, Associate, Atlanta Center for Dermatologic Disease, Atlanta, GA. Review provided by VeriMed Healthcare Network.

*ADAM



A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's accreditation program is the first of its kind, requiring compliance with 53 standards of quality and accountability, verified by independent audit. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn more about A.D.A.M.'s editorial process. A.D.A.M. is also a founding member of Hi-Ethics (www.hiethics.com) and subscribes to the principles of the Health on the Net Foundation (www.hon.ch).

The information provided herein should not be used during any medical emergency or for the diagnosis or treatment of any medical condition. A licensed physician should be consulted for diagnosis and treatment of any and all medical conditions. Call 911 for all medical emergencies. Links to other sites are provided for information only -- they do not constitute endorsements of those other sites. Copyright 1997-2007, A.D.A.M., Inc. Any duplication or distribution of the information contained herein is strictly prohibited.

## Squamous Cell Carcinoma - Patient Information

### What is squamous cell carcinoma?

Squamous cell carcinoma (SCC) is a skin cancer arising from cells of the top layer of the skin (epidermis) which can spread to other parts of the body. It is the second most frequent malignant skin tumor after basal cell carcinoma.

### Who is at risk for squamous cell carcinoma and how common is it?

Melanoma and nonmelanoma (basal and squamous cell carcinoma) skin cancer are now the most common type of cancer in the Caucasian population and the incidence of skin cancer has reached epidemic proportions. Many epidemiological studies have demonstrated that the incidence of skin cancer has been increasing rapidly over the last decades. Nonmelanoma skin cancers (NMSCs) constitute more than one-third of all cancers in the United States with an estimated incidence of over 600,000 cases per year. NMSCs are the most common malignancies occurring in the Caucasian population each year. Of these 600,000 cases approximately 500,000 are basal cell carcinomas (BCCs) and 100,000 to 150,000 are squamous cell carcinomas (SCCs). The standardized ratio of BCC to SCC is roughly 4 to 1. The incidence of NMSC (BCC and SCC) is 18 times greater than that of malignant melanoma. However, incidence data of high epidemiological quality on NMSC are sparse because traditional cancer registries often exclude NMSC or are at least incomplete. Miller & Weinstock (1994) estimated the 1994 NMSC incidence in the United States to be between 900,000 and 1,200,000. The lifetime risks were estimated to be 28% to 33% for BCC and 7% to 11% for SCC (lifetime risk of developing NMSC for a child born in 1994)

BCC represents 75% of NMSC and is, therefore, the most common malignant disease throughout the world. Silverberg et al (1990) estimated the average annual incidence of BCC in the United States to 191 new lesions per 100,000 white persons According to the estimates (lowest and highest estimated incidence rates) of Miller & Weinstock (1994) the age-adjusted incidence rates per 100,000 whites per year (1994) in the United States were as follows: BCC (men) 407–485, BCC (women) 212–253), SCC (men) 81-136, SCC (women) 26-59). For South Wales (United Kingdom) the age-standardized (world standard population) incidence rates per 100,000 population in 1998 were lower: BCC (men) 127.9, BCC (women) 104.8, SCC (men) 25.2, SCC (women) 8.6 (Holme et al. 2000). Although these incidence rates are high, they do not approach the rates described from Australia. The incidence is 1% to 2% per year (1000 to 2000 per 100,000 per year): Townsville, Australia (Buettner et al. 1998): BCC (male) 2058, BCC (female) 1195, SCC (male) 1332, SCC (female) 755): Nambour. Australia Green et al. 1996): BCC (male) 2074, BCC (female) 1579, SCC (male) 1035, SCC (female) 472.

There is an increased risk of NMSC in whites, especially those who have blue eyes, a fair complexion, sunburn easily, suntan poorly, freckle with sun exposure, have red, blond, or light-brown hair (Celtic ancestry). NMSC is uncommon in blacks, Asians, and Hispanics. There is a higher incidence of BCC in Albino blacks than in normally pigmented blacks. Compared with whites, blacks have a decreased risk of BCC on sun-exposed areas, but the same incidence of BCC on covered skin. In contrast to whites, sunlight does not appear to be an important etiologic factor for SCC in blacks because lesions occur on non-sun-exposed regions of the body. SCC in blacks arise most often on sites of preexisting inflammatory skin conditions, burn injuries, or trauma. SCC in blacks are often seen in scars, burns, or ulcers.

The incidence of NMSC is increasing rapidly. In white populatOnce an individual develops a NMSC, there is a 36%-52% chance that a new skin cancer will appear within 5 years.ions in Europe, the United States, Canada, and Australia the average increase of NMSC was 3-8%. Chronic sun exposure is the main cause of NMSC. Over 80% of NMSCs occur on areas of the body that are frequently exposed to sunlight, such as head, neck, and back of the hands. BCC is also most commonly found on the nose. The rising incidence rates of NMSC is probably due to a combination of increased sun exposure or exposure to ultraviolet light, increased outdoor activities, changes in clothing style, increased longevity, and ozone depletion. In incidence of NMSC in Caucasians increases proportionally with proximity to the equator, with the incidence of SCC doubling for each 8-10 degree decline in latitude. UV dosage per unit time at the equator in the Pacific is very high, about 200% that of Europe or the northern US, and 30% higher than that of the southern US. The incidence of NMSC is elevated in individuals with a high cumulative exposure to UV light, such as outdoor workers, or those with more frequent outdoor activities. The incidence is also increasing with age: According to Holme et al. (2000) in 1998 the incidence of BCC in individuals over 75 years old was approximately 5 times higher compared to individuals between 50 and 55 years old, and for SCC approximately 35 times higher. The incidence of SCC increases more rapidly with age than does BCC. The reported increases in the incidence of melanoma and NMSC have partially been attributed to a larger amount of UVB radiation reaching the surface of the earth as a result of ozone depletion in the atmosphere. The ozone layer has decreased by approximately 2% over the past 20 years. A 2% decrease in ozone concentration will increase biologically effective radiation from the sun by approximately 4%. It was estimated that this additional UV radiation will cause a 6-12% increase in NMSC in exposed populations.

Once an individual develops a NMSC, there is a 36%-52% chance that a new skin cancer will appear within 5 years.

## What causes squamous cell carcinoma and how does it develop?

There are several factors known to cause squamous cell carcinoma. Probably the most important factor is the genetically defined individual skin type. People with fair or sun-sensitive skin, with red hair and many freckles are at risk of developing squamos cell carcinoma. Next to the genetic factor the accumulatedexposure to the sun's UV-radiation during one's lifetime has been proven to be responsible for this type of skin cancer since the majority of squamous cell carcinomas appear on sun-exposed areas such as the face, lower lip, neck, ears, and hands.

Squamous cell carcinoma can also emerge from continuous exposure to chemical cancer-causing substances (chemical carcinogens) such as tars, oils, and arsen. A further factor that may increase the risk of developing this particular skin cancer is the presence of chronically injured skin. Squamous cell carcinoma usually does not occur on healthy skin. Scars from burning or constantly inflamed skin areas can be risk afflicted conditions.

Also patients who have to undergo immunesuppressive treatment due to a organ transplantation, people with an inherent immune defect or AIDS-patients carry an increased potential of developing squamous cell carcinoma. This applies as well to people who are infected with the human pappiloma virus (HPV) which is a virus known to cause warts or malignant disorders.

The presence of squamous cell carcinoma is rather of architectural nature than of cellular nature. Squamous cell carcinoma is present when abnormal cells (keratinocytes) of the top layer of the skin (epidermis) reach the layer below (dermis) and invade it.

## How to spot squamous cell carcinoma

The affected area has to be carefully examined by a dermatologist. The appearance of squamous cell carcinoma can vary greatly and has to be distinguished from other skin disorders. But usually the recognition of squamous cell carcinoma by a dermatologist is quite easy. In case there is any doubt a piece of the lesion sometimes must be removed for further examination (biopsy).

## What does it look like?

SCC usually begins as a small wart-like lesion of grey or yellow-brownish color. At first it grows slowly and painlessly but when it reaches a certain size it may start growing rapidly and destructively. It can also spread to other parts of your body. Remember that SCC sometimes grows like an iceberg – hiding the largest part under the skin's surface. Therefore if you have a suspicious area of skin you should watch it closely and have it checked by your dermatologist or physician.

## How to prevent squamous cell carcinoma

The best way to avoid getting SCC is protecting yourself from UV radiation, make sure to get treatment for chronic skin changes (rough and damaged areas), and avoid long-term heat exposure as well as cancer causing chemicals, such as tars (stop smoking), oils, and arsen.

## Is it really Squamous Cell Carcinoma?

There are many skin diseases that may look similar to SCC. Just because you have a rough spot on your skin does not mean you have cancer, yet it is something that should be taken seriously. If you have noticed a strange looking area of skin please see your dermatologist or doctor.

## What could go wrong?

A squamous cell carcinoma can cause major disfigurement if it is not caught early. The area where the cancer is found is also prone to infection; it is a weak spot in the skin, which normally serves as a protective barrier against germs and viruses. The cancer may even turn into a large open sore. Like other forms of cancer squamous cell carcinoma can spread to other parts of the body.

## I have squamous cell carcinoma what can I do?

There are several effective treatment options available for squamous cell carcinoma. To decide which one will be the most appropriate depends very much on the individual case and should be discussed with your physician.
**Moh´s Surgery / Surgery**
Surgery is the most effective treatment. The tumor will be excised and the wound will be closed with a few stitches (amount depending on size of affected area). Surgery always requires a local anaesthetic. Usually the wound will heal within two weeks. Moh´s surgery is a special type of surgery where the surgeon is specially trained. During the surgery a microscopic method is used to make sure all of the affected skin areas are excised. This type of surgery is rather complicated but has a high cure rate.

### Advantages of the treatment

- It has the highest cure rate of all surgical treatments.
- The removed tissue can be examined microscopically to determine if the tumor has been totally excised.

### Disadvantages of the treatment

- There are local anesthetics required.
- It is a rather complicated proceedure.

**Cryosurgery**
Here liquid nitrogen is applied to the affected surface with a cotton tip applicator or spray device. Liquid nitrogen is extremely cold (-195,8 °C = -320,44 °F) and will cause death of all cells of this area. Unfortunately there is no control as to how deep the tissue has been destroyed. Therefore reoccurences are not uncommon.

### Advantages of the treatment

- It usually is an effective treatment.
- It is a quick procedure.
- It only requires one or two visits to the doctor.
- In general it is a rather cheap treatment. (?)

### Disadvantages of the treatment

- The treatment causes discomfort and/or pain.
- Due to freezing the skin may presumably react with blisters, reddening, swelling or a change of color in skin patches.
- An infection may occur due to delayed wound-healing.
- There is a risk of scarring.

**Curettage**
Curettage describes the scraping away of a superficial skin disorder. Usually a scalpel or another sharp device, called a

curette, is used for scraping. Unfortunately there is no control if all of the affected tissue has been removed. Therefore reoccurances are not uncommon.

**Advantages of the treatment**

- It usually is an effective treatment.

**Disadvantages of the treatment**

- The treatment usually requires a local anesthetic.
- Occasionally, a change of color or an infection of the skin may occur.
- There is a possibility of scaring.

**Radiotherapy**
This therapy uses X-rays to destroy damaged cells. Usually the affected area needs to be treated several times to reach a dose that is effective, depending on the size and stage of the squamous cell carcinoma. Therefore the therapy might last several weeks.

**Advantages of the treatment**

- This treatment has a good cure rate.
- It is good for elderly patients who are not physically able to undergo surgery.

**Disadvantages of the treatment**

- There is a risk of scarring.
- There are several treatment sessions required.

**Other Treatments**
**Laser**
Affected cells are destroyed by the laser.

**Interferon alfa**
Interferon alpha is not yet an approved treatment for squamous cell carcinoma, although at the moment there are ongoing trials with interferon alpha for treating squamous cell carcinoma. Usually it is injected directly into the affected area and should support the immune defense system. Unfortunately this therapy is connected with several disturbing side effects e.g. flu-like symptoms such as fever, drowsiness and nausea. Sometimes it may also cause a reduction of white, sometimes even red blood cells.

## What are the chances of being cured?

The cure rates depend on the size and aggressiveness. Usually the cure rates for squamous cell carcinomas of 2 - 3 cm in diameter is about 90 %. Of course the more advanced a squamous cell carcinoma is, the worse the cure rates will be. Therefore do not hesitate if you have a suspicious area on your skin: go see a dermatologist or physician to be certain.

The risk of the carcinoma spreading to other parts of the body depends on the site where it occurred. The risk of spreading varies from 1 to 50%. Squamous cell carcinomas that appear on the lip, ears and palm or sole have a high potential for spreading.

# Radiology Services Report

**NAME:** STEWART, MICHAEL
**FACILITY:** VCF
**D.O.B.:** 08/28/48
**ID NUMBER:** 174188

SINGLE VIEW CHEST  06/11/04

FINDINGS: Granulomatous calcifications are seen in the chest with heart and lungs otherwise normal.   No mass or infiltrate.

OPINION: Granulomatous calcifications in the chest would explain a positive PPD (remote tuberculosis)- the chest is otherwise normal.

John Waldo, MD



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6·8·05

**To:** DOC

**From:** Dr Rayapati

**Inmate Name:** Stewart, Michael    **ID#:** 174188

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** @0800
Appt with Dr Rayapati on Thursday 6/9/05 ⊕PPD Rxm

**Date:** 6/8/05   **MD Signature:** Dr Rayapati/G Johnson ℞   **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6-9-05

**To:** DOC

**From:** HCU

**Inmate Name:** Stewart, Michael    **ID#:** 174188

**The following action is recommended for medical reasons:**

1.   House in

2.   Medical Isolation

3.   Work restrictions

4.   May have extra _____ until_____

④   Other Report to HCU on 6-10-05 (Friday) at
**Comments:** 9⁰⁰am for x-ray.
② Report to HCU on 6-16-05 (Thursday)
at 8⁰⁰am to see MD.   (+ PPD) ——

**Date:** 6-9-05   **MD Signature:** Rayapati/C.Hunter, LPN   **Time:** 1130

Michael Stewart 174188

60418

GEORGIA DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Ventress_

Name: Stewart, Michael

State ID No: 174188

DOB: 8-28-45

Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rajapati | 6-9-05 | 1130 | | | |

HISTORY/DIAGNOSIS:

+ PPD (18mm)

**X-RAY REQUEST**

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL ✗ | FEMORUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Stewart

**REPORT**

Chest: The heart is not enlarged. There are calcifications secondary to old healed granulomatous disease. The lungs are otherwise clear.
IMPRESSION: THERE ARE CALCIFICATIONS SECONDARY TO OLD HEALED GRANULOMATOUS DISEASE. THE CHEST IS OTHERWISE UNREMARKABLE.

D: & T: 06-13-05  Maurice H. Rowell/jhi  Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)          X-RAY TECHNOLOGIST'S SIGNATURE          DATE, TIME EXAM PERFORMED  6-10-05

RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _6/16/05_    Time: _1100_    Facility: _VCP_

Check all applicable CIC's being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ _✓_TB

**SUBJECTIVE:**    No Symptoms

**OBJECTIVE:**  BP _120/80_ HR _50_ RR _20_ Temp _98_ Wt ____ Peak Flow____

NOTE:  PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications:  DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

No Jaundice
Lungs PTA                          LFT Normal.
Cv - NSR

**ASSESSMENT:**  Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status:  I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:**    TB protocol for 6mo

**F/U:**    Routine 90 days: _✓_Other _____    Problem List Updated: (Yes) No

_____ R
Physician/NP/PA

_Stewart Michael_
NAME                                              AIS#

_____    _W/M_    _____
GENDER              RACE              DOB

(Revised 2/28/05)

5



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _7-5-05_

**To:** _DOC_

**From:** _HCU / CCC_

**Inmate Name:** _Stewart, Michael_ **ID#:** _174188_

### The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_report to HCU on 7-7-05 @ 8:00am to see Mrs_

_Floyd nash cc4 TB_

_____

_____

_____

**Date:** _7-5-05_ **MD Signature:** _Floyd / Sthmpuup_ **Time:** _____

_Michael L Stewart_
_174188_

60418

# PRISON HEALTH SERVICES

### Nurse's Chronic Care Clinic

Date: _7-5-05_____ Time: _1005_____ Facility: _VCF_____

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ _✓TB ____ *other*

Vital Signs: BP _135/72_ P _84_ R _20_ T _100_ _131 wt_
**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates: _Ø_
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____ Dates: _Ø_
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____ Dates: _Ø_

ALLERGIES: _NKDA_
MEDICATIONS: _see below_____  CURRENT DIET: _reg_
DESCRIBE MED AND DIET ADHERANCE: _compliance_
DESCRIBE ANY MED SIDE EFFECTS: _none reported see below_
VACCINES: Flu _✓_ Pneumovax _✓_ Hep A _✓_ Hep B
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. _Ø_
(*This should equate to one inhaler per month.*)

Lab/Diagnostic test(s) w/ date(s): HbA1c __ on __ : CD4 & HIV-RNA _N/R_ on _6-22-04_ :
Peak Flow ___ LFTs __ on _6/5/05_ ; Serum Drug Levels __ on __ ; EKG _4/9/04_ ; CXR _6/9/05_

Medications:

| | |
|---|---|
| INH 300mg ꟾꟾꟾ tab po twice a wk. | "NOTES: "I'm cutting back 6-8 within |
| Vit B6 25mg ꟾ po twice a wk. | 24 hours. I got a rash since |
| 6-16 - 12-16-05 | I started the medicine." |
| | denies sy q toxicity. appointment |
| | fx 7-7-05 lungs clear bilateral |

Patient Educated on:
_quit smoking_

Inmate Signature _Michael L Stewart_

Nurses Signature and Title _____

_Stewart, Michael_
**NAME**

_M_
**GENDER**

_W_
**RACE**

_174188_
**AIS**

_6-28-48_
**DOB**

01/31/05
Revised 5/18/2005   _08/16/05_
**Next Nurse**

_Michael L Stewart_

_9-21-05_
**Next Doctor**

# PATIENT INFORMATION SHEET
## Benefits of Quitting Tobacco

- One year after quitting tobacco, your risk of heart disease is half what it was when you used tobacco.

- Five to fifteen years after quitting tobacco, your risk of heart attack and stroke returns to the level of a non-smoker.

- Quitting tobacco will lower your chances of having a heart attack, stroke, or cancer. Fifty percent of the people between the ages of 35 to 64 who die of stroke are smokers.

- If you quit smoking, your lung capacity will increase and you will not feel short of breath as easily.

- By quitting tobacco you will have more money to spend on other things. For example, if you smoke a pack of cigarettes a day, after quitting, you would save approximately $1300 per year.

- If you are pregnant, quitting tobacco will improve your chances of having a healthy baby.

- If you quit smoking, the people you live with, especially your children, will be healthier.

- When you quit, you will be in control of your life rather than the tobacco being in control.

- Develop a plan to quit – set a quit date, tell others, anticipate challenges, remove tobacco products.

- If you aren't successful at quitting tobacco, keep trying. Most people attempt many times before they are successful.

If you need assistance with tobacco cessation, EAMC can help!

For more information about Tobacco Cessation, please call Cardiac Rehab at 705-1694.

*Michael J Stewart*
*174188  7-5-05*

CHIVUKULA, KISHORE    Adm:02/25/03

RM0009-1001-1-1

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _7-7-05_ Time: _0929_ Facility: _Ventress_

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ ✓TB

SUBJECTIVE: _5) Burn price c/o rash to lower legs x 2 weeks_
_Selling better on is new c/o well_

OBJECTIVE: BP _120/70_ HR _73_ RR _16_ Temp _98.8_ Wt _131_ Peak Flow____
    NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
    Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
        Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
        Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
        Visit. Degree of Control: G=Good, F=Fair, P=Poor
        Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: _Compliance to Meds   X Ray reviewed And noted_
_Calamn to lower leg X 1 week_
_Stop Smoking_

F/U: Routine 90 days: _✓_ Other _____    Problem List Updated: Yes   No

_____
Physician/NP/PA

_Stewart, Michael_
NAME

_M_
GENDER

_W_
RACE

_174188_
AIS#

_8-29-48_
DOB

(Revised 2/28/05)

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: 8-8-05          Time: 249          Facility: VCF

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ ✓TB ____ other

Vital Signs: BP 120/70  P 75  R 20  T 98.8   129½ wt
**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: ← Dates: —
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ← Dates: —
For seizure patients, list the # of witnessed seizures since the last CIC visits: 2 Dates: —

ALLERGIES: NKDA
MEDICATIONS: see below                    CURRENT DIET: reg
DESCRIBE MED AND DIET ADHERANCE: compliance
DESCRIBE ANY MED SIDE EFFECTS: none reported / denies s/s of y toxicity
VACCINES: Flu ___ Pneumovax ___ Hep A ✓ ___ Hep B ___
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. 2
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c ___ on ___ : CD4 & HIV-RNA N/R on 4/27/04 :
Peak Flow ___ ÷ LFTs ___ on 7-15-05 ; Serum Drug Levels ___ on ___ ; EKG 4/4/04 ; CXR 6/05

Medications:                         NOTES:

INH 300 mg iii tab po twice a wk.
Vit B6 25 mg i po twice a wk.        No c/o voiced, "I'm down to
6-20-05 - 12-17-05                   3 cigarettes a day"
6-16-05

                                     lungs clean bilateral

Patient Educated on:
exercise daily, take meds as order, keep appointment, quit
smoking

Inmate Signature _Michael L Stewart_

Nurses Signature and Title _____

Stewart, Michael
**NAME**

                                              174188
                                              **AIS**

M                         W
**GENDER**                **RACE**

                                              6-28-48
                                              **DOB**

01/31/05
Revised 5/18/2005    9/05
                     Next Nurse

                                    10/12/05
                                    Next Doctor

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: _9-1-05_      Time: _1122_      Facility: _VCF_

Check all applicable CICs being evaluated: __Card/HTN __DM__ GI__ ID__ PUL__ SZ_ ✓TB ____ _other_

Vital Signs: BP _104/66_ P _75_ R _20_ T _98.6_  _126½_ wt
**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: _o_ Dates: _—_
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: _o_ Dates: _—_
For seizure patients, list the # of witnessed seizures since the last CIC visits: _o_ Dates: _—_

ALLERGIES: _NKDA_
MEDICATIONS: _see below_      CURRENT DIET: _reg_
DESCRIBE MED AND DIET ADHERANCE: _compliance_
DESCRIBE ANY MED SIDE EFFECTS: _none reported / denies any toxicity_
VACCINES: Flu __ Pneumovax __ Hep A _/_ Hep B __
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. _o_
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c __ on __: CD4 & HIV-RNA _N R_ on _6-22-04_:
Peak Flow __: LFTs __ on _7-16-05_: Serum Drug Levels __ on __: EKG _6/9/04_; CXR _9/9/05_

Medications:
_INH 300mg iii tab po twice a wk._        NOTES:
_Vit B6 25mg i po twice a wk._           _no c/o voiced_
_6-16-05 – 12-25-05_
_____        _lungs clear bilateral_

Patient Educated on:
_↑ water intake, keep appointment, exercise daily, take meds as ordered_

Inmate Signature _Michael L Stewart_

Nurses Signature and Title _S Shrapnum_

_Stewart, Michael_                      _174188_
        **NAME**                                    **AIS**

   _M_                         _W_            _6-28-48_
  **GENDER**                 **RACE**           **DOB**

01/31/05
Revised 5/18/2005  _11/05_              _10-12-05_
       **Next Nurse**              **Next Doctor**

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _10/12/05_    Time: _0800_    Facility: _Ventress_

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ _✓_TB

SUBJECTIVE: 57 wm fr CCC +PPD 18mm ⊖ wt loss
⊖ n/v ⊖ fever cough

OBJECTIVE:  BP 100/160  HR 78  RR 18  Temp 98⁴  Wt 125#  Peak Flow 97%

NOTE:  PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications:  DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

N AD JSS A+O×3 ⊖SOB
HEENT wnl ⊖ jaundice
Cr RRR
Lungs c TA
ABD soft c NT ⊖ hepatomegaly

6-12-05
7/05 LPT wnl

ASSESSMENT:  Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | Ⓖ | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | Ⓢ | W |

PLAN:  Cont med H class c compliance
report any S/S of wt loss n/v fever/cough to HCU ASAP

F/U:  Routine 90 days: _____ Other _____    Problem List Updated: Ⓨes    No

_Hay e CNP_
Physician/NP/PA

_Stewart, Michael_    _#174188_
NAME    AIS#

_M_    _B/W_    _8-29-48_
GENDER    RACE    DOB

(Revised 2/28/05)

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: _11-22-05_    Time: _1205_    Facility: _VCF_

Check all applicable CICs being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ _✓_TB ____ _other_

Vital Signs: BP_135/81_ P _67_ R _16_ T _97.4_  _126↑wt_
__SUBJECTIVE:__

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: _6_ Dates: __—__
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: _6_ Dates: _—_
For seizure patients, list the # of witnessed seizures since the last CIC visits: _0_ Dates: _—_

ALLERGIES: _NKDA_
MEDICATIONS: _see below_    CURRENT DIET: _reg_
DESCRIBE MED AND DIET ADHERANCE: _compliance_
DESCRIBE ANY MED SIDE EFFECTS: _none reported / denies s/g toxicity_
VACCINES: Flu _—_ Pneumovax ___ Hep A ___ Hep B ___
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. _0_
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c _—_ on _—_: CD4 & HIV-RNA _N/R_ on _6-22-04_:
Peak Flow___: LFTs _—_ on _10-15-05_; Serum Drug Levels _—_ on _—_; EKG _6/9/04_; CXR _6/9/05_

Medications:

| | NOTES: |
|---|---|
| _INH 300mg ⅲ tab po twice a wk._ | _No 40 voiced_ |
| _Vit B6 25mg ī po twice a wk._ | |
| _6-18-05  12-28-05_ | |
| | _lungs clear bilateral_ |

Patient Educated on:
_take meds as order, keep appointment, ↑ water ē meds, walking_
_exercise daily, quit smoking_

Inmate Signature _Michael L Stewart_

Nurses Signature and Title _SSharpmin_

| _Stewart, Michael_ | | _174188_ |
|---|---|---|
| NAME | | AIS |
| _M_ | _W_ | _8-29-48_ |
| GENDER | RACE | DOB |

01/31/05
Revised 5/18/2005   _1-06_
_Next Nurse_

_12-28-05_
_Next Doctor_

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _12/28/05_    Time: _0830_    Facility: _Ventress C.F._

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ _✓_TB

SUBJECT: _57 wm h CCC Denies sob, n/v, cough, fever_

OBJECTIVE: BP _140/82_ HR _78_ RR _18_ Temp _98_ Wt _109#_ Peak Flow _98%_

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

_nad VSS AAOx3_
_HEENT @ jaundice_
_ABD S/t nt @ hepatomegaly_

_6-17-05_
_12-08-05_
_CF+V 12/14_
_wnl_

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: _DC INH x 9 TB6 DC CCC-TB_
_has completed INH compliance_

F/U:  Routine 90 days: _✓_ Other _____    Problem List Updated: (Yes)   No

_[signature]_
Physician/NP/PA

_Stewart, Michael_
NAME

_M_
GENDER

_W_
RACE

_# 174/188_
AIS#

_8-29-48_
DOB

(Revised 2/28/05)



**PRISON HEALTH SERVICES, INC.**

## T.B. SCREENING FORM

Skin Test Positive Date **2005** mm  Today's Date **2006**

Any Symptoms of:                           Yes            No

Loss of Appetite                           ____           ✓
Fever/Chills                               ____           ✓
Hoarseness                                 ____           ✓
Chest Pain                                 ____           ✓
Weight Loss                                ____           ✓
    Usual Weight **132**
    Present Weight **126**

Night Sweats                               ____           ✓
Excessive Fatigue                          ____           ✓
Dyspnea                                    ____           ✓
Productive Cough ( more than 3 weeks)      ____           ✓

    IF YES:
    Sputum Production ____ n/A ____ Color ____ n/A ____

    Consistency ____ n/A ____

Hemoptysis ____ n/A ____

HIV Positive ____ no ____

Nurse Signature _____ A March _____ Date 6-12-06

*Refer to MD or Mid-Level Provider if any YES answers.

| INMATE NAME | AIS # | D.O.B. | FACILITY |
|---|---|---|---|
| Stewart, Michael | 174188 | 6-28-48 | VCF |



IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Michael Lacey Stewart #174188  )
                                   )
        Plaintiff            )
                                   )
vs.                                )  CIVIL ACTION NO. 2:07-CV-357-MHT
                                 )
Department of Corrections     )
Donal Campbell, Richard Allen,  )
George Bush, Jr., Bob Riley     )

## A F F I D A V I T

Before me the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one J. C. Giles, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is J. C. Giles, and I am presently employed as a Warden III, with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

In his complaint served on me on June 12, 2007, inmate Michael Lacey Stewart, #174488 alleges that he arrived at Ventress Correctional Facility on March 8, 2007 with no health problems and after being here since that time which would only be three (3) months he has tested positive for TB and has a sore on the right side of his face that will not go away. He further alleges that his sickness is due to the overcrowding of this prison.

He alleges that Ventress Correctional Facility has the most TB cases and staff cases in the State.

Page 2
Affidavit – J.C. Giles

I have no knowledge of Inmate Michael Lacey Stewart, #174488 and his

testing positive for TB.  This is handled by the Prison Health Services and Health

Care employees.  I do not believe that Ventress Correctional Facility has any

more cases of TB than any other correctional facility in the state.  Inmates are

tested by the criteria set by the State Health Department and the institution is

cleaned and sanitized.  I have not received any request slips from him stating

that he had a sore on his face that would not go away or any other complaints

that he is declaring in this complaint.

The above-related facts are the entirety of my involvement with inmate

Stewart regarding these allegations.  I deny that I have violated any of his

constitutional rights.

J. C. Giles                    6-13-07
J. C. Giles                    Date

State of Alabama  )

Barbour County    )

Sworn to and subscribed before me this 13th day of June, 2007.

_____
Notary Public

My Commission Expires: _____

EXHIBIT
H

PENGAD 800-631-6989

# ALABAMA SJIS INDEX SEARCH

## OFFICE

PREPARED FOR: BETTIE CARMACK

alacourt.cor.

Search Criteria : Name: Stewart Michael, Division: CC, DOB: 8/28/1948

No of records : 10

| County | CaseNumber | Name | JID | Charge | Status | DOB | SEX | Race | CA date | CA code | SSN |
|--------|-----------|------|-----|--------|--------|-----|-----|------|---------|---------|-----|
| 58 | CC199500057300 | STEWART MICHAEL LACEY | OPH | RAPE 1ST DEGREE | J | 8/28/1948 | M | W | 07/10/1997 | D | 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 |
| 58 | CC199500057200 | STEWART MICHAEL LACEY | OPH | SODOMY 1ST DEGREE | P | 8/28/1948 | M | W | 04/20/1996 | D | 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 |
| 58 | CC199500054400 | STEWART MICHAEL LACEY | OPH | KIDNAPPING 1ST DEGREE | J | 8/28/1948 | M | W | 07/10/1997 | D | 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 |
| 58 | CC199500054370 | STEWART MICHAEL LACEY | JMJ | PROBATION REV | J | 8/28/1948 | M | W | 04/20/1999 | 1 | 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 |
| 58 | CC199500054360 | STEWART MICHAEL LACEY | GDR | RAPE 1ST DEGREE | P | 8/28/1948 | M | W | 08/15/2005 | 5 | 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 |
| 58 | CC199500054300 | STEWART MICHAEL LACEY | OPH | RAPE 1ST DEGREE | J | 8/28/1948 | M | W | 08/29/1997 | G | 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 |
| 58 | CC199500054270 | STEWART MICHAEL LACEY | JMJ | PROBATION REV | J | 8/28/1948 | M | W | 04/20/1999 | 1 | 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 |
| 58 | CC199500054260 | STEWART MICHAEL LACEY | GDR | SODOMY 1ST DEGREE | P | 8/28/1949 | M | W | 08/15/2005 | 5 | 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 |
| 58 | CC199500054200 | STEWART MICHAEL LACEY | JMJ | SODOMY 1ST DEGREE | P | 8/28/1948 | M | W | 08/29/1997 | G | 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 |
| 12 | CC199300023600 | STEWART MICHAEL LACY | XXX | ESCAPE 2ND DEGREE | J | 8/28/1948 | M | W | 03/27/1993 | G | 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 |

● END OF THE REPORT

© Alacourt.com    6/25/2007

1