IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **2:07-cv-357** |
| | ) | |
| DONAL CAMPBELL, et al, | ) | |
| | ) | |
| Defendant, | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Donal Campbell, Richard Allen, and Bob Riley,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12/13/2007
Date

/s/ Bettie J. Carmack
Counsel Signature

**Donal Campbell, Richard Allen, and Bob Riley**
Counsel for (print names of all parties)

11 South Union Street Montgomery, AL 36130
Address, City, State Zip Code

334-353-5305
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

### CERTIFICATE OF SERVICE

I, <u>Bettie J. Carmack</u>, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 13th day of December 2007, to:

**Michael Stewart**
**#174188**
**Ventress Correctional Facility**
**P. O. Box 767**
**Clayton, AL 36016**

| | |
|---|---|
| 12/13/2007 | /s/Bettie J. Carmack |
| Date | Signature |