IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL LACEY STEWART,#174188, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv357-MHT |
| | ) | (WO) |
| DONAL CAMPBELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND OPINION

On July 22, 2009, the magistrate judge filed a recommendation (Doc. # 15) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that:

(1) The recommendation of the magistrate judge (Doc. # 15) is adopted.

(2) The defendants' motion for summary judgment (Doc. # 11) is granted.

(3) Costs are taxed against the plaintiff, for which execution may issue.

DONE, this the 13th day of August, 2009.

                                                 /s/   Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE