IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL LACEY STEWART,#174188, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONAL CAMPBELL, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:07cv357-MHT<br>(WO) |

### **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and, orders entered in this case, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, with the plaintiff taking nothing by his complaint.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of August, 2009.

      /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE